AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.    0 5 -    7 8 7

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF    26    COPIES OF AO FORM 85.

_____11/14_____      ___Lilly Van Dyk___
(Date forms issued)      (Signature of Party or their Representative)

                           ___Lilly Van Dyk___
                           (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action