IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stenio DeSouza and Raquel DeSouza, : | |
| : | Case Number:   1:05-cv-00787-SLR |
| Plaintiffs, : | |
| : | Jury Trial Demanded |
| v. : | |
| : | |
| Pettinaro Construction Co., Inc., et al., : | |
| : | |
| Defendants. : | |

**ENTRY OF APPEARANCE**

PLEASE enter the appearance of Paul Cottrell, Esquire and Tighe, Cottrell & Logan, P.A., as attorneys for Defendant, Landmark Engineering, Inc.  The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant.  The defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

TIGHE, COTTRELL & LOGAN, P.A.

 /s/ Paul Cottrell
Paul Cottrell (DE I.D. No. 2391)
One Customs House Square, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
Attorney for Landmark Engineering, Inc.

DATE: January 30, 2006