IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stenio DeSouza and Raquel DeSouza, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> Pettinaro Construction Co., Inc., et al., : <br> : <br> Defendants. : | Case Number: 1:05-cv-00787-SLR <br><br> Jury Trial Demanded |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2006, a copy of the foregoing

Entry of Appearance was sent by the method indicated upon the following:

**CM/ECF Electronic Filing**
Gary W. Aber, Esquire
Aber, Goldlust, Baker and Over
One Customs House Square, Suite 600
Wilmington, DE 19899

**Regular U.S. Mail, Postage Prepaid**
Jose H. Rodrigues
Jose G. Rodrigues
Jose Henrique Pereira Rodrigues
Jose M. Rodriguez
Jose Rodriguez
Gose Rodrigues
Nino Rodrigues
108 Grant Street
Riverside, NJ 08075-3724

**Regular U.S. Mail, Postage Prepaid**
E.F. Carpenter, Inc. a/k/a
EF Carpenter, Inc. and/or
EF Carpentry, Inc.
237 Kossuth Street
Riverside, NJ 08075-3229

**Regular U.S. Mail, Postage Prepaid**
U.S. Construction, Inc
516 S. Fairview Street
Riverside, NJ 08075-3721

**Regular U.S. Mail, Postage Prepaid**
U.S. Builders Associates, LLC
501 Rev. S. Howard Woodson, Jr. Way
Trenton, NJ 08618-3811

**Regular U.S. Mail, Postage Prepaid**
Pettinaro Construction Company, Inc.
Pettinaro & Associates, Inc.
Pettinaro Relocation, LLC
Pettinaro Enterprises, LLC
Pettinaro Enterprises
Architecture Plus, P.A.
Queensberry Village, Inc.
234 N. James Street
Newport, DE 19804

**Regular U.S. Mail, Postage Prepaid**
Mid-Atlantic Realty
248 Presidential Drive
Greenville, DE 19807

/s/ Paul Cottrell
PAUL COTTRELL (DE 2391)