IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA and RAQUEL DESOUZA, | : |
| Plaintiffs, | : |
| v. | : C. A. No. 05-787 SLR |
| PETTINARO CONSTRUCTION CO, INC., et al., | : |
| Defendants. | : |

**<u>ENTRY OF APPEARANCE</u>**

PLEASE ENTER THE APPEARANCE of Norman H. Brooks, Jr., Esquire as attorney for Defendant Pettinaro Construction, Co., Inc. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

     */s/ Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Pettinaro Construction*

DATED: February 3, 2006

DE051565.1