IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA and RAQUEL DESOUZA, | : |
| Plaintiffs, | : |
| v. | : C. A. No. 05-787 SLR |
| PETTINARO CONSTRUCTION CO, INC., et al., | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, **Norman H. Brooks, Jr., Esquire** of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on February 3, 2006, I caused true and correct copies of the foregoing **Entry of Appearance** to be served upon the following via electronic filing and first class mail:

Gary Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, #600
Wilmington, DE 19801

*/s/ Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Pettinaro Construction*

DE052517.1