IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA and RAQUEL DESOUZA,<br><br>          Plaintiffs,<br><br>v.<br><br>PETTINARO CONSTRUCTION CO, INC., et al.,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:   C. A. No. 05-787 SLR<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Norman H. Brooks, Jr., Esquire as attorney for Defendants Pettinaro & Associates, Inc., Pettinaro Enterprises, Pettinaro Enterprises, LLC, Pettinaro Relocations, LLC. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendants. Defendants specifically reserve the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

/s/ Norman H. Brooks, Jr.
Norman H. Brooks, Jr., Esquire / I.D. No. 2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendants Pettinaro & Associates, Inc., Pettinaro Enterprises, Pettinaro Enterprises, LLC, Pettinaro Relocation, LLC*

DATED: February 3, 2006

DE052572.1