### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA and RAQUEL DESOUZA ) | |
| ) | No. 1:05-CV-00787 (SLR) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PETTINARO CONSTRUCTION CO., INC. et al., ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

Please enter my appearance as the attorney for Landmark Engineering, Inc. in this matter. This entry of appearance is not a waiver of any jurisdictional defects or service issues in this matter. The defendant reserves the right to raise all jurisdictional, service or other defects that may be available to it.

DAVIS, BUCCO & ARDIZZI

BY: /s/ Robert D. Ardizzi
Robert D. Ardizzi, Esquire (#3602)
2 N. Colonial Avenue
Elsmere, DE 19805
(302) 345-9808
Robert.Ardizzi@davisbucco.com

Date: March 13, 2006