**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE OF DELAWARE**

| | |
|---|---|
| STENIO DESOUZA and RAQUEL DESOUZA ) | |
| ) | No. 1:05-CV-00787 (SLR) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PETTINARO CONSTRUCTION CO., INC. et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2006, a copy of the foregoing Entry of Appearance was served on the following in the manner indicated:

**Via Electronic Filing**

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suit 600
Wilmington, DE 19801

Norman H. Brooks, Esquire
Marks, O'Neill O'Brien & Courtney
913 North Market Street, Suite 800
Wilmington, DE 19801

Paul Cottrell, Esquire
Tighe, Cottrell & Logan
702 King Street, Suit 600
Wilmington, DE 19801

    /s/ Robert D. Ardizzi
    Robert D. Ardizzi, Esquire (I.D. # 3602)
    2 N. Colonial Avenue
    Elsmere, DE 19805
    (302) 345-9808
    Robert.Ardizzi@davisbucco.com

Date: March 13, 2006