IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA, and<br>RAQUEL DESOUZA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PETTINARO CONSTRUCTION, CO., INC.<br>PETTINARO ASSOCIATES, INC.,<br>PETTINARO ENTERPRISES, PETTINARO<br>ENTERPRISES. LLC, PETTINARO<br>RELOCATION, LLC, QUEENSBURY<br>VILLAGE, INC., ARCHITECTURE PLUS, P.A.<br>LANDMARK ENGINEERING, INC.<br>MID-ATLANTIC REALTY, J.N. CAPPENTRY,<br>INC., a/k/a/p/d/f/d/b/a, JN CARPENTRY, INC.,<br>NJ CARPENTRY, and/or JN CARPENTER, INC.<br>E.F. CARPENTER, INC., U.S. BUILDERS ASSOC.,<br>LLC, U.S. CONSTRUCTION, INC. a/k/a/pf/d/b/a<br>U.S. CONSTRUCTION, and/or U.S.<br>CONSTRUCTION, LLC, U.S. CONSTRUCTION,<br>JOSE H. RODRIGUES, a/p/f/k/a JOSE RODRIGUES<br>JOSES G. RODRIGUES, and/or JOSE RODRIGUEZ,<br>and/or JOSE M. RODRIGUEZ, and/or GOSE<br>ROGRIGUES, and/or JOSE HENRIQUES<br>PEREIRA RODRIGUES, JOSE G. RODRIGUES,<br>JOSE HENRIQUE PEREIRA RODRIGUES,<br>JOSE RODRIGUEZ, JOSE M. RODRIGUEZ,<br>GOSE RODRIGUES, NINO RODRIGUES,<br>a/p/f/k/a ANTONIO G. RODRIGUES, and/or<br>ANTONIO O. RODRIGUES, and/or ANTONIO<br>RODRIGUES, ANTONIO G. RODRIGUES,<br>ANTONIO O. RODRIGUES, AND ANTONIO<br>RODRIGUES,<br><br>　　　　Defendants. | C.A. No.: 05-787 (SLR)<br><br>NON-ARBITRATION<br><br>JURY TRIAL DEMANDED |

**PREACIPE**

**PLEASE ISSUE ALIAS SUMMONS** upon the defendants as follows:

1.　J.N. Caprentry, Inc.

2.　E.F. Carpentry, Inc.

3.　U.S. Builders Assoc.

4.　U.S. Construction, Inc.

5. Jose H. Rodrigues

6. Jose G. Rodrigues

7. Jose Rodriguez

8. Jose M. Rodriguez

9. Gose G Rodrigues

10. Jose G. Rodrigues

11. Hose Henrique Pereira Rodrigues

12. Nino Rodrigues

13. Antonio Rodrigues

14. Antonio G. Rodrigues

15. Antonio O. Rodrigues

                                            ABER, GOLDLUST, BAKER & OVER


                                            /s/ Gary W. Aber
                                        GARY W. ABER (DSB #754)
                                        702 King Street, Suite 600
                                        P.O. Box 1675
                                        Wilmington, DE 19899
                                        (302) 472-4900
                                        Attorney for Plaintiff

DATED: May 23, 2006