# United States District Court

_____ DISTRICT OF DELAWARE _____

STENIO DESOUZA, and                                    ALIAS
RAQUEL DESOUZA                                  SUMMONS IN A CIVIL CASE

V.

PETTINARO CONSTRUCTION, ET.AL.          CASE NUMBER: 05-787 (SLR)

TO: (Name and Address of Defendant)

Hose Henrique Pereira Rodrigues
c/o Secretary of State
Townsend Building
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   May 23, 2006
CLERK                                              DATE

_____[signature]_____
BY DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 5/25/06 |
|---|---|
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: HOSE HENRIQUE PEREIRA RODRIGUES C/O THE DELAWARE SECRETARY OF STATE DOVER, DE COPIES THEREOF WERE ACCEPTED BY JAMIE STONE (PROCESS AGENT)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/25/06
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.