# United States District Court

_____ DISTRICT OF _ **DELAWARE** _____

STENIO DESOUZA, and
RAQUEL DESOUZA

      V.

PETTINARO CONSTRUCTION, ET.AL.

**ALIAS
SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05-787 (SLR)

TO:  (Name and Address of Defendant)

Jose Rodriguez
c/o Secretary of State
Townsend Building
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on  PLAINTIFF'S ATTORNEY (name and address)

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within _____20_____ days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed
with the Clerk of this Court within a reasonable period of time after service.

_____PETER T. DALLEO_____
CLERK

_____May 23, 2006_____
DATE

_Monica Mosley_
BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(l) | DATE<br>5/25/06 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE  MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served: _____

_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐    Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

_____

☒    Other (specify):    SERVED: JOSE  RODRIGUEZ C/O  THE DELAWARE SECRETARY OF STATE DOVER, DE
COPIES THEREOF WERE ACCEPTED BY JAMIE STONE (PROCESS AGENT)

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/25/06
_____
Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 ofthe Federal Rules of Civil Procedure.