IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STENIO DESOUZA, and<br>RAQUEL DESOUZA, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No.: 05-787 (SLR) |
| v. | ) | |
| | ) | |
| PETTINARO CONSTRUCTION, CO., INC. | ) | |
| PETTINARO ASSOCIATES, INC., | ) | JURY TRIAL DEMANDED |
| PETTINARO ENTERPRISES, PETTINARO | ) | |
| ENTERPRISES. LLC, PETTINARO | ) | |
| RELOCATION, LLC, QUEENSBURY | ) | |
| VILLAGE, INC., ARCHITECTURE PLUS, P.A. | ) | |
| LANDMARK ENGINEERING, INC. | ) | |
| MID-ATLANTIC REALTY, J.N. CAPPENTRY, | ) | |
| INC., a/k/a/p/d/f/d/b/a, JN CARPENTRY, INC., | ) | |
| NJ CARPENTRY, and/or JN CARPENTER, INC. | ) | |
| E.F. CARPENTER, INC., U.S. BUILDERS ASSOC., | ) | |
| LLC, U.S. CONSTRUCTION, INC. a/k/a/pf/d/b/a | ) | |
| U.S. CONSTRUCTION, and/or U.S. | ) | |
| CONSTRUCTION, LLC, U.S. CONSTRUCTION, | ) | |
| JOSE H. RODRIGUES, a/p/f/k/a JOSE RODRIGUES | ) | |
| JOSES G. RODRIGUES, and/or JOSE RODRIGUEZ, | ) | |
| and/or JOSE M. RODRIGUEZ, and/or GOSE | ) | |
| ROGRIGUES, and/or JOSE HENRIQUES | ) | |
| PEREIRA RODRIGUES, JOSE G. RODRIGUES, | ) | |
| JOSE HENRIQUE PEREIRA RODRIGUES, | ) | |
| JOSE RODRIGUEZ, JOSE M. RODRIGUEZ, | ) | |
| GOSE RODRIGUES, NINO RODRIGUES, | ) | |
| a/p/f/k/a ANTONIO G. RODRIGUES, and/or | ) | |
| ANTONIO O. RODRIGUES, and/or ANTONIO | ) | |
| RODRIGUES, ANTONIO G. RODRIGUES, | ) | |
| ANTONIO O. RODRIGUES, AND ANTONIO | ) | |
| RODRIGUES, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF GARY W. ABER AND AMENDMENT TO COMPLAINT

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS. |
| COUNTY OF NEW CASTLE | ) |

I, Gary W. Aber, being duly sworn according to law, does hereby depose and state as follows:

1.  He is an attorney for the plaintiffs in the above-captioned matter.

2.     The defendant, E.F. Carpentry, Inc., is a non-resident of the State of Delaware.

3.     A summons and complaint directed to E.F. Carpentry, Inc., was served upon the Secretary of State, pursuant to 10 Del.C. §3104 on May 25, 2006.

4.     By letter dated June 6, 2006 sent by Registered Mail, Return Receipt Requested, a copy of the summons and complaint was sent to E.F. Carpentry, Inc., which letter and enclosures constitute notice and service to defendant of the intention of this action as required by 10 Del.C. §3104. A copy of the letter dated June 6, 2006, is attached hereto as Exhibit No. 1.

5.     Attached hereto as Exhibit No. 2 is a copy of the return receipt obtained at the time Exhibit No. 1 was mailed at the post office.

6.     Attached hereto as Exhibit No. 3 is a copy of the return receipt for the delivery of the registered letter and attachments directed to L.F. Carpentry, Inc., which was received in the offices of the affiant on or about June 15, 2006.

_____
GARY W. ABER

SWORN TO AND SUBSCRIBED before me, a Notary Public, of the State and County aforesaid, this 28 day of June, 2006.

NOTARY PUBLIC

# EXHIBIT 1

LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

(302) 472-4900
TELECOPIER (302) 472-4920

June 6, 2006

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

**REGISTERED MAIL**
E.F. Carpentry, Inc.
237 Kossuth Street
Riverside, NJ 08075

     RE:   DeSouza v. Pettinaro, et.al.

Gentlemen:

    Please find enclosed with this letter a copy of a complaint in the above-captioned matter, in which you are named as a defendant. Also enclosed is a copy of the summons showing that service of the complaint was made upon the Secretary of State of the State of Delaware on May 25, 2006, and filed with the Court on June 4, 2006.

    The service of the original of such process and the complaint, made upon the Secretary of State, pursuant to the provisions of 10 Del.C. §3104 is as effectual for all intents and purposes as if it had been made upon you personally within this State.

    You should refer this matter to your appropriate legal representative.

                          Yours very truly,

                          Gary W. Aber

GWA/mac
Enclosure

# EXHIBIT 2



# EXHIBIT 3

