IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STENIO DESOUZA, and<br>RAQUEL DESOUZA,<br><br>   Plaintiffs,<br><br>  v.<br><br>PETTINARO CONSTRUCTION, CO., INC.<br>PETTINARO ASSOCIATES, INC.,<br>PETTINARO ENTERPRISES, PETTINARO<br>ENTERPRISES. LLC, PETTINARO<br>RELOCATION, LLC, QUEENSBURY<br>VILLAGE, INC., ARCHITECTURE PLUS, P.A.<br>LANDMARK ENGINEERING, INC.<br>MID-ATLANTIC REALTY, J.N. CAPPENTRY,<br>INC., a/k/a/p/d/f/d/b/a, JN CARPENTRY, INC.,<br>NJ CARPENTRY, and/or JN CARPENTER, INC.<br>E.F. CARPENTER, INC., U.S. BUILDERS ASSOC.,<br>LLC, U.S. CONSTRUCTION, INC. a/k/a/pf/d/b/a<br>U.S. CONSTRUCTION, and/or U.S.<br>CONSTRUCTION, LLC, U.S. CONSTRUCTION,<br>JOSE H. RODRIGUES, a/p/f/k/a JOSE RODRIGUES<br>JOSES G. RODRIGUES, and/or JOSE RODRIGUEZ,<br>and/or JOSE M. RODRIGUEZ, and/or GOSE<br>ROGRIGUES, and/or JOSE HENRIQUES<br>PEREIRA RODRIGUES, JOSE G. RODRIGUES,<br>JOSE HENRIQUE PEREIRA RODRIGUES,<br>JOSE RODRIGUEZ, JOSE M. RODRIGUEZ,<br>GOSE RODRIGUES, NINO RODRIGUES,<br>a/p/f/k/a ANTONIO G. RODRIGUES, and/or<br>ANTONIO O. RODRIGUES, and/or ANTONIO<br>RODRIGUES, ANTONIO G. RODRIGUES,<br>ANTONIO O. RODRIGUES, AND ANTONIO<br>RODRIGUES,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.: 05-787 (SLR)<br><br>JURY TRIAL DEMANDED |

**AFFIDAVIT OF GARY W. ABER AND AMENDMENT TO COMPLAINT**

STATE OF DELAWARE    )
             ) SS.
COUNTY OF NEW CASTLE  )

   I, Gary W. Aber, being duly sworn according to law, does hereby depose and state as follows:

   1.  He is an attorney for the plaintiffs in the above-captioned matter.

2. The defendant, U.S. Builders Associates, LLC, is a non-resident of the State of Delaware.

3. A summons and complaint directed to U.S. Builders Associates, LLC., was served upon the Secretary of State, pursuant to 10 Del.C. §3104 on May 25, 2006.

4. By letter dated June 6, 2006 sent by Registered Mail, Return Receipt Requested, a copy of the summons and complaint was sent to U.S. Builders Associates, LLC., which letter and enclosures constitute notice and service to defendant of the intention of this action as required by 10 Del.C. §3104. A copy of the letter dated June 6, 2006, is attached hereto as Exhibit No. 1.

5. The notice described in ¶4, containing the notice required by 10 Del.C. §3104, was returned to the affiant's office on or about June 26, 2006.

6. The notice required by 10 Del.C. §3104(d) was contained in the envelope at the time it was mailed.

7. The receipt for the mailing of the notice required by 10 Del.C. §3104 is attached hereto as Exhibit No. 2.

_____
GARY W. ABER

SWORN TO AND SUBSCRIBED before me, a Notary Public, of the State and County aforesaid, this 30 day of June, 2006.

_____
NOTARY PUBLIC

# EXHIBIT 1

LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.  
PERRY F. GOLDLUST, P.A.*  
DARRELL J. BAKER, P.A.  
SUSAN C. OVER, P.C.  
SHAUNA T. HAGAN  
SAAGAR B. SHAH  

(302) 472-4900  
TELECOPIER (302) 472-4920

June 6, 2006

*ALSO ADMITTED IN NEW YORK  
**ALSO ADMITTED IN PENNSYLVANIA

**REGISTERED MAIL**  
U.S. Builders Associates, LLC  
501 Rev. s. Howard Woodson, Jr., Way  
Trenton, NJ 08618

RE: DeSouza v. Pettinaro, et.al.

Gentlemen:

Please find enclosed with this letter a copy of a complaint in the above-captioned matter, in which you are named as a defendant. Also enclosed is a copy of the summons showing that service of the complaint was made upon the Secretary of State of the State of Delaware on May 25, 2006, and filed with the Court on June 4, 2006.

The service of the original of such process and the complaint, made upon the Secretary of State, pursuant to the provisions of 10 Del.C. §3104 is as effectual for all intents and purposes as if it had been made upon you personally within this State.

You should refer this matter to your appropriate legal representative.

Yours very truly,

Gary W. Aber

GWA/mac  
Enclosure

# EXHIBIT 2

| Registered No. RB 469 218 278 US | | Date Stamp |
|---|---|---|
| Reg. Fee $ 7.90 | Special Delivery $ | SdSn JUN 8 2006 Rodney Sq Wilmington |
| Handling Charge $ | Return Receipt $ 1.85 | |
| Postage $ 1.59 | Restricted Delivery $ | |
| Received by [signature] | | Domestic Insurance Is Limited To $25,000 International Indemnity Is Limited (See Reverse) |

Customer Must Declare Full Value $  ☐ With Postal Insurance  ☐ Without Postal Insurance

FROM:
Gary W. Aber
P.O. Box 1675
Wilmington, DE 19899

TO:
U.S. Builders Assoc. LLC
501 Rev. S. Howard Woodson
Trenton, NJ 08618

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

GWA/DeSouza