IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| STENIO DESOUZA, and<br>RAQUEL DESOUZA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PETTINARO CONSTRUCTION, CO., INC.<br>PETTINARO ASSOCIATES, INC.,<br>PETTINARO ENTERPRISES, PETTINARO<br>ENTERPRISES. LLC, PETTINARO<br>RELOCATION, LLC, QUEENSBURY<br>VILLAGE, INC., ARCHITECTURE PLUS, P.A.<br>LANDMARK ENGINEERING, INC.<br>MID-ATLANTIC REALTY, J.N. CAPPENTRY,<br>INC., a/k/a/p/d/f/d/b/a, JN CARPENTRY, INC.,<br>NJ CARPENTRY, and/or JN CARPENTER, INC.<br>E.F. CARPENTER, INC., U.S. BUILDERS ASSOC.,<br>LLC, U.S. CONSTRUCTION, INC. a/k/a/pf/d/b/a<br>U.S. CONSTRUCTION, and/or U.S.<br>CONSTRUCTION, LLC, U.S. CONSTRUCTION,<br>JOSE H. RODRIGUES, a/p/f/k/a JOSE RODRIGUES<br>JOSES G. RODRIGUES, and/or JOSE RODRIGUEZ,<br>and/or JOSE M. RODRIGUEZ, and/or GOSE<br>ROGRIGUES, and/or JOSE HENRIQUES<br>PEREIRA RODRIGUES, JOSE G. RODRIGUES,<br>JOSE HENRIQUE PEREIRA RODRIGUES,<br>JOSE RODRIGUEZ, JOSE M. RODRIGUEZ,<br>GOSE RODRIGUES, NINO RODRIGUES,<br>a/p/f/k/a ANTONIO G. RODRIGUES, and/or<br>ANTONIO O. RODRIGUES, and/or ANTONIO<br>RODRIGUES, ANTONIO G. RODRIGUES,<br>ANTONIO O. RODRIGUES, AND ANTONIO<br>RODRIGUES,<br><br>　　　　　Defendants. | C.A. No.: 05-787 (SLR)<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF GARY W. ABER AND AMENDMENT TO COMPLAINT

STATE OF DELAWARE　　　　　)
　　　　　　　　　　　　　　　) SS.
COUNTY OF NEW CASTLE　　　)

　　　I, Gary W. Aber, being duly sworn according to law, does hereby depose and state as follows:

　　　1.　　He is an attorney for the plaintiffs in the above-captioned matter.

2. The defendant, Jose Henrique Reviera Rodrigues, is a non-resident of the State of Delaware.

3. A summons and complaint directed to Jose Henrique Reviera Rodrigues, was served upon the Secretary of State, pursuant to 10 Del.C. §3104 on May 25, 2006.

4. By letter dated June 6, 2006 sent by Registered Mail, Return Receipt Requested, a copy of the summons and complaint was sent to Jose Henrique Reviera Rodrigues, which letter and enclosures constitute notice and service to defendant of the intention of this action as required by 10 Del.C. §3104. A copy of the letter dated June 6, 2006, is attached hereto as Exhibit No. 1.

5. Attached hereto as Exhibit No. 2 is a copy of the return receipt obtained at the time Exhibit No. 1 was mailed at the post office.

6. Attached hereto as Exhibit No. 3 is a copy of the return receipt for the delivery of the registered letter and attachments directed to Jose Henrique Reviera Rodrigues, which was received in the offices of the affiant on or about June 19, 2006.

_____
GARY W. ABER

SWORN TO AND SUBSCRIBED before me, a Notary Public, of the State and County aforesaid, this 30 day of June, 2006.



_____
NOTARY PUBLIC

# EXHIBIT 1

LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

(302) 472-4900
TELECOPIER (302) 472-4920

June 6, 2006

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

**REGISTERED MAIL**
Mr. Jose Henrique Periera Rodrigues
108 Grant Street
Riverside, NJ 08075

  RE: DeSouza v. Pettinaro, et.al.

Dear Mr. Rodrigues:

 Please find enclosed with this letter a copy of a complaint in the above-captioned matter, in which you are named as a defendant. Also enclosed is a copy of the summons showing that service of the complaint was made upon the Secretary of State of the State of Delaware on May 25, 2006, and filed with the Court on June 4, 2006.

 The service of the original of such process and the complaint, made upon the Secretary of State, pursuant to the provisions of 10 Del.C. §3104 is as effectual for all intents and purposes as if it had been made upon you personally within this State.

 You should refer this matter to your appropriate legal representative.

  Yours very truly,

  Gary W. Aber

GWA/mac
Enclosure

# EXHIBIT 2

Registered No. RB 166921838345

Reg. Fee $ 7.90
Handling Charge $
Postage $ 1.59
Received by: [signature]
Special Delivery $
Return Receipt $ 1.85
Restricted Delivery $

Date Stamp: USPS RODNEY SQ STA, 19801, JUN 8 2006

Customer Must Declare Full Value $
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance is Limited To $25,000; International Indemnity is Limited (See Reverse)

FROM: Gary W. Aber
P.O. Box 1675
Wilmington, DE 19899

TO: Jose Henrique Periera Rodriques
108 Grant Street
Riverside, NJ 08075

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

GWA | DeSouza

# EXHIBIT 3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _José Rodrig___ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Jose Henrique Pereira Rodrigues<br>108 Grant Street<br>Riverside, NJ 08075 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  RB 669 218 383 US | |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |