### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 05-787 |
| | ) |
| J. N. CARPENTRY, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of George T. McCool, Jr, Esquire, to represent J. N. Carpentry, Inc. in this matter.

    */s/ Armand J. Della Porta, Jr.*
Armand J. Della Porta, Esq., Delaware ID No. 2861
Eric S. Thompson, Esq., Delaware ID No 4633
Marshall, Dennehey, Warner, Coleman and Goggin
1220 North Market Street
Post Office Box 8888
Wilmington, DE 19899
Telephone: (302) 552-4323
E-mail: ajdellaporta@mdwcg.com
Attorney for J.N. Carpentry, Inc.

Date: August 9, 2006
\15_A\LIAB\LCFRIEDKIN\LLPG\369783\LCFRIEDKIN\15000\15000