# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 05-787 |
| | ) |
| J. N. CARPENTRY, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the Eastern District of Pennsylvania Federal Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules.

>    */s/ George T. McCool, Jr.*
>    George T. McCool, Jr.
>    Pennsylvania ID No. 43473
>    WRIGHT & O'DONNELL, P.C.
>    15 East Ridge Pike, Suite 570
>    Conshohocken, PA 19428
>    Telephone: (610) 940-4092, ext. 248
>    Facsimile: (610) 940-4001
>    E-mail: gmccool@wright-odonnell.com

Dated: August 9, 2006

\15_A\LIAB\AJDELLAPORTA\DISC\370152\LAREFNER\15000\15000