IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) CIVIL ACTION NO.: 05-787 |
| J. N. CARPENTRY, INC., et al., | ) ) ) |
| Defendants. | ) |

ORDER GRANTING MOTION

It is hereby Ordered that counsel's Motion for Admission Pro Hac Vice of George T. McCool, Jr., Esquire to represent defendant, J.N. Carpentry, Inc., is Granted.

_____
United States District Judge