**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STENIO and RAQUEL DESOUZA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.: 05-787 |
| ) | |
| J. N. CARPENTRY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Motion and Order for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> was served upon the below-listed counsel of record this 10th day of August 2006 via electronic filing:

Arthur L. Bugay, Esq.
Galfand Berger, LLP
1818 Market Street, 23rd Floor
Philadelphia, PA 19103
Counsel for Plaintiffs.

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Post Office Box 1675
Wilmington, DE, 19899-1675
Local counsel for Plaintiff.

Robert T. Ardizzi, Esq.
Davis, Bucco and Ardizzi
2 North Colonial Avenue
Elsmere, DE 19805
Counsel for Landmark Engineering Inc.

Paul Cottrell, Esquire
702 King Street, Suite 500
Post Office Box 1031
Wilmington, DE 19899
Counsel for Landmark Engineering Inc.

Norman H. Brooks, Jr., Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Pettinaro Defendants

                          */s/ Armand J. Della Porta, Jr.*
Armand J. Della Porta, Delaware ID No. 2861
Eric S. Thompson, Esquire, Delaware ID No. 4366
Marshall, Dennehey, Warner, Coleman and Goggin
1220 North Market Street
Post Office Box 8888
Wilmington, DE 19899
Telephone: (302) 552-4323
E-mail: ajdellaporta@mdwcg.com
Attorney for J.N. Carpentry, Inc.

Date: August 10, 2006
\15_A\LIAB\LCFRIEDKIN\LLPG\369783\LCFRIEDKIN\15000\15000