IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA and RAQUEL DESOUZA, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 05-787-SLR ) |
| PETTINARO CONSTRUCTION CO., INC., et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 11th day of August, 2006,

IT IS HEREBY ORDERED that the telephonic scheduling conference originally scheduled for August 11, 2006 is hereby rescheduled to **Tuesday, September 12, 2006** at **9:30 a.m.** Counsel for plaintiffs shall coordinate and initiate this call.

_____
United States District Judge