IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STENIO and RAQUEL DESOUZA,

    Plaintiffs,

v.

J.N. CARPENTRY, INC., et al.,

    Defendants.

CIVIL ACTION NO. 05-787

## STIPULATION

It is hereby stipulated by and between counsel for Plaintiffs and counsel for Defendant JN Carpentry, Inc. that Defendant JN Carpentry, Inc. has until August 25, 2006 to file an Answer With Affirmative Defenses to Plaintiffs' Complaint.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber (#754)
Gary W. Aber, Esquire
Counsel for Plaintiffs, Stenio and Raquel DeSouza

GALFAND BERGER, LLP

Arthur L. Bugay, Esquire
Counsel for Plaintiffs, Stenio and Raquel DeSouza

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

Eric S. Thompson, Esquire (4633)
Counsel for JN Carpentry, Inc.
Armand J. Della Porta, Jr., Esq (2861)

WRIGHT & O'DONNELL, P.C.

George T. McCool, Esquire
Counsel for JN Carpentry, Inc.

APPROVED BY THE COURT:

_____
U.S.D.J.