IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STENIO and RAQUEL DESOUZA, :
:
Plaintiffs, :
:
v. :
: CIVIL ACTION NO. 05-787
J.N. CARPENTRY, INC., et al., :
:
Defendants. :

**ANSWER WITH AFFIRMATIVE DEFENSES AND CROSSCLAIMS
OF DEFENDANT, JN CARPENTRY TO PLAINTIFFS' COMPLAINT**

Defendant, JN CARPENTRY, INC., by and through its undersigned attorneys, submits the following answer and affirmative defenses to the Amended Complaint of Plaintiff STENIO and RAQUEL DESOUZA, and states as follows:

### I. JURISDICTION AND VENUE

1. Upon information and belief, admitted.

2. Upon information and belief, admitted

### II. THE ACCIDENT SITE/PROPERTY LOCATION

3. Upon information and belief, admitted.

### III. PARTIES

4. Upon information and belief, admitted as to adult status, residence and citizenship. The remainder of this paragraph of Plaintiffs' Amended Complaint are denied as conclusions of law and/or fact and strict proof thereof is demanded at time of trial.

5 - 14. These paragraphs of Plaintiffs' Amended Complaint are directed to a party other than this Answering Defendant and therefore no response is required. However, upon information and belief, Jose Rodriguez is a resident of New Jersey at 108 Grant Street, Riverside, New Jersey 08075 and is the owner of JN Carpentry, Inc.