IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA, and<br>RAQUEL DESOUZA,<br><br>    Plaintiffs,<br><br>    v.<br><br>PETTINARO CONSTRUCTION, CO.,<br>INC, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No: 05-787<br><br>   JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, does hereby certify that on October 12, 2006, I electronically filed *Defendant U.S. Construction Motion To Dismiss With Affidavit* with the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

> Gary Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> Wilmington, DE 19801
> Attorney for Plaintiffs

> MARGOLIS EDELSTEIN
>
> /s/ Jeffrey K. Martin
> Jeffrey K. Martin, Esquire (#2407)
> 1509 Gilpin Avenue
> Wilmington, Delaware 19806
> (302) 777-4680 phone
> (302) 777-4682 facsimile
> jmartin@margolisedelstein.com
> Attorney for Defendant, U.S. Construction, Inc.

Dated: October 12, 2006