IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STENIO and RAQUEL DESOUZA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: 05-00787 SLR |
| | ) | |
| J.N. CARPENTRY, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Armand J. Della Porta, Jr., Esquire of Marshall, Dennehey, Warner, Coleman & Goggin hereby substitutes for Eric Thompson, Esquire of Marshall, Dennehey, Warner, Coleman & Goggin as counsel for defendant, J.N. Carpentry, Inc., in the within action.

| | |
|---|---|
| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| | |
| BY: */s/ Armand J. Della Porta, Jr.* | BY: */s/ Eric Thompson* |
|     Armand J. Della Porta, Jr., Esquire (#2861) |     Eric Thompson, Esquire (#4633) |
|     1220 North Market Street, 5th Floor |     1220 N. Market Street, 5th Floor |
|     P.O. Box 8888 |     P.O. Box 8888 |
|     Wilmington, DE  19899 |     Wilmington, DE  19899 |

Date:  October 18, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STENIO and RAQUEL DESOUZA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: 05-00787 SLR |
| | ) | |
| J.N. CARPENTRY, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Substitution of Counsel was served upon the below-listed counsel of record this 18th day of October 2006 via electronic filing:

    Gary W. Aber, Esq.
    Aber Goldlust Baker & Over
    702 King Street, Suite 600
    Wilmington, DE  19899
    Counsel for Plaintiff

    Robert T. Ardizzi, Esq.
    Davis Bucco & Ardizzi
    2 North Colonial Avenue
    Elsmere, DE  19805
    Counsel for Landmark Engineering, Inc.

    Paul Cottrell, Esq.
    702 King Street, Suite 500
    Wilmington, DE  19899
    Counsel for Landmark Engineering, Inc.

Norman H. Brooks, Jr., Esq.
Marks O'Neill O'Brien & Courtney, P.C.
913 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Pettinaro Defendants

                                            */s/ Armand J. Della Porta, Jr.*
                                            Armand J. Della Porta, Jr., Esq. (#2861)
                                            Marshall, Dennehey, Warner, Coleman & Goggin
                                            1220 N. Market Street, 5th Floor
                                            P.O. Box 130
                                            Wilmington, DE 19899-0130
                                            Telephone: (302) 552-4323
                                            *Attorney for J.N. Carpentry, Inc.*

Date: October 18, 2006