## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STENIO DESOUZA and RAQUEL DESOUZA | ) | |
| | ) | C.A. 05-787 -SLR |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PETTINARO CONSTRUCTION CO., INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LANDMARK ENGINEERING, INC.'S
INTERROGATORIES DIRECTED TO PLAINTIFFS**

Pursuant to F.R.C.P. 33, Defendant Landmark Engineering, Inc., hereby requests the Plaintiffs to answer the following interrogatories, in writing and under oath, and to provide said answers at the offices of Davis, Bucco & Ardizzi at 2 N. Colonial Avenue, Elsmere, Delaware 19805 within thirty (30) days of the service of this document. These Interrogatories are continuing and you are required to update and supplement your answers whenever additional information responsive to these Interrogatories becomes known or available to you. These interrogatories do not seek information regarding the mental impressions of your attorneys or any other information privileged by the attorney-client privilege or the attorney work product doctrine.

**DEFINITIONS**

"Documents" as used herein refers to (a) any written or graphic matter of any kind or character, however produced or reproduced; (b) any electronically or magnetically recorded or stored matter of any kind or character, however produced or reproduced; and (c) any other matter of any kind or character constituting the recording or storing of any information in any retrievable way, by any means of communication or representation or data retention, in your possession and/or control. It shall mean both the original and, to the extent there exists any copy thereof, every copy that is not identical in all respects to the original, and all drafts and/or revisions of any document.

"Action" refers to the civil action commenced by the "Plaintiffs" against Landmark Engineering, Inc. and other defendants in the United States District Court for the District of Delaware at No. 05-787.

"Plaintiffs" refers to Stenio and Raquel DeSouza and anyone acting on their behalf or at their direction.

"Landmark" refers to Landmark Engineering, Inc. its officers, agents, employees or anyone acting on its behalf or at its direction.

**INTERROGATORIES**

1. List the following for each of the Plaintiffs:

    a. Full name;

    b. Date of Birth;

    c. Place of Birth;

    d. Social Security Number

    e. Names and Ages of All Children

    f. Current Home Address

    g. All Other Homes Addresses for the past 10 years;

2. Lists the names and addresses of all eyewitnesses to the accident at issue in this Action.

3. List the names and addresses of all persons having information relating directly or indirectly to the facts alleged in the Complaint in this Action.

4. With respect to each person listed in the preceding question, state the nature of the information possessed by each person.

5. Identify by name and address the employer of Plaintiff Stenio DeSouza at the time of the accident at issue in this action and state:

a. The date Plaintiff was hired;

b. The date(s) if any, of any periods when Plaintiff was laid off, suspended, terminated, recalled and/or rehired by this employer in the past 10 years.

c. the amount of Plaintiff's compensation by hourly wage or salary

6.      Please state:

a.      The date of the Plaintiff's accident;

b.      The exact or approximate time of the Plaintiff's accident;

c.      the weather conditions at the time of the Plaintiff's accident;

7.      With regard to the allegations in the Complaint that Plaintiff Stenio DeSouza was working with a forklift and a "box" at the time of his accident, please state:

a.      the name and address of anyone who constructed the "box";

b.      the date when the "box" was constructed

c.      the name and address of anyone who attached the "box" to the forklift;

d.      the date when the "box" was attached to the forklift;

e.      the name and address of any person who directed, instructed or ordered the Plaintiff to use the forklift and "box" on the date of the accident;

f.      the date(s), if any, when Plaintiff had worked at this project site using the forklift and "box" prior to the accident

8.  State any all facts that demonstrate that Defendant Landmark Engineering, Inc. was in any way involved with the supply, construction or use of the forklift and/or "box" being used by the Plaintiff Stenio DeSouza at the time of his accident.

9.  State any all facts that demonstrate that Defendant Landmark Engineering, Inc. was in any way involved with directing, inspecting or supervising the work of Plaintiff Stenio DeSouza, including his use of the forklift and "box", on the date of the accident.

10. State any all facts that demonstrate that Defendant Landmark Engineering, Inc. was in any way involved in the construction means, methods, techniques, sequences, or procedures being utilized by Plaintiff Stenio DeSouza at the subject project site.

11. State any all facts that demonstrate that Defendant Landmark Engineering, Inc. was in any way involved with promulgating or enforcing job safety rules, precautions or programs at the subject project site.

12. State the name and address of each person who you intend to call as an expert witness at trial.

13. With respect to each person listed in the preceding question, state:

    (a) a brief description of the qualifications of the person to testify as an expert witness in this case;

    (b) the facts and opinions to which the expert will testify at trial;

    (c) a summary of the grounds for the opinions of each expert witness.

14. State all damages, by category and corresponding dollar amount, which are being claimed against Defendant in this Action.

15. Have the Plaintiffs initiated, filed or otherwise asserted any claims or actions for worker's compensation benefits in connection with the accident at issue in this Action?

    If so, please identify the:

    (a)    court name and docket number

    (b)    names of the parties to the claim or action

    (c)    status of the claim or action

    (d)    the amount, if any, you recovered in said claim or action

16. Identify any documents that you intend to offer as exhibits at trial in this Action.

                                DAVIS, BUCCO & ARDIZZI

                                BY:_____
                                    ROBERT D. ARDIZZI, ESQUIRE

**CERTIFICATE OF SERVICE**

      I hereby certify true and correct copies of the foregoing Interrogatories of Defendant Landmark Engineering, Inc. were served upon counsel listed below, via first class mail, postage prepaid

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suit 600
Wilmington, DE 19801

Arthur L. Bugay, Esquire
Galfand Berger, LLP
1818 Market Street, Suite 1818
Philadelphia, PA 19103

Norman Brooks, Esquire
Marks O'Neill
913 North Market Street, Suite 800
Wilmington, DE 19801

George McCool, Esquire
Wright & O'Donnell
15 E. Ridge Pike, Suite 570
Conshohocken, PA 19428

                    DAVIS, BUCCO & ARDIZZI

                    BY:  /s/ Robert D. Ardizzi, Esquire (ID #3602)
                    Robert D. Ardizzi, Esquire
                    2 N. Colonial Avenue
                    Elsmere, DE 19805
                    (302) 345-9808
                    Attorney for Defendant Landmark Engineering, Inc.

Date:  November 17, 2006