# DAVIS, BUCCO & ARDIZZI
ATTORNEYS AT LAW

TEL: 610-238-0880
FAX: 610-238-0244
E-MAIL: Robert.Ardizzi@davisbucco.com

January 3, 2007

**ROBERT D. ARDIZZI**
Admitted in Pennsylvania,
Delaware and New Jersey

Arthur L. Bugay, Esquire
Galfand Berger, LLP
1818 Market Street, Suite 1818
Philadelphia, PA 19103

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suit 600
P.O. Box 1675
Wilmington, DE 19899

PENNSYLVANIA

NEW JERSEY

DELAWARE

RE: ***DeSouza v. Landmark Engineering et al.,***
U.S.D.C. – D. Del. – No. 05-CV-787

Gentlemen:

I previously served you with Defendant Landmark Engineering, Inc.'s Interrogatories in this matter and the deadline for your clients' answers has passed. Please provide the answers to me by January 19, 2007 so that I may avoid filing a motion to compel their production. Also, I was not able to locate a copy of your clients' initial discovery disclosures. Please forward a copy to me.

In prior correspondence I informed you that Landmark Engineering had absolutely no involvement with the activities that led to your client's accident. In light of the fact that the Court scheduled Mediation for August, it appears that this case is not headed to a quick resolution. Therefore, I need the answers to my discovery requests because I intend to move for summary judgment.

I am willing to meet with you informally, or to make a representative of Landmark available for a deposition if you prefer a formal setting, to demonstrate that my client does not belong in this case. Please let me know your position with regard to this proposal.

Sincerely,

ROBERT D. ARDIZZI

\rda
cc: Landmark Engineering
    Harford Mutual Insurance Company