IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA and RAQUEL DESOUZA | ) |
| | ) C.A. 05-787 -SLR |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| PETTINARO CONSTRUCTION CO., INC. et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, on this _____ day of _____, 2007, upon consideration of the Motion to Compel Answers to Discovery filed by Defendant Landmark Engineering, Inc. and any response thereto, it is hereby ORDERED that the Motion is GRANTED.

Plaintiffs shall provide complete answers to Landmark's Interrogatories within twenty (20) days of the date of this Order.

_____
J.