### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA and RAQUEL DESOUZA ) | |
| ) | C.A. 05-787 -SLR |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PETTINARO CONSTRUCTION CO., INC. et al., ) | |
| ) | |
| Defendants. ) | |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

I, Robert D. Ardizzi, Esquire, hereby certify as follows:

1.   I am the attorney for Defendant Landmark Engineering, Inc. in this matter.

2.   The Interrogatories at issue in the attached motion were served on November 17, 2006. Therefore the answers to the Interrogatories were due on December 18, 2006.

3.   After receiving no answers for more than two weeks after the deadline, I sent a letter to counsel for the Plaintiffs on January 3, 2007 requesting the answers by January 19, 2007.

4.   I also requested that the Plaintiffs' attorneys contact me to discuss Landmark's role, or lack thereof, in the circumstances surrounding the Plaintiffs' claims. I offered to discuss this with the Plaintiff in a formal setting such as a deposition or informally during a meeting.

5.      As of today, February 7, 2007, I have not received any response to my letter nor have I received any answers to the Interrogatories.

DAVIS, BUCCO & ARDIZZI

By: /s/ Robert D. Ardizzi
    Robert D. Ardizzi, Esquire
    Delaware I.D. No. 3602
    901 N. Market Street, Suite 700
    Wilmington, DE 19801
    (302) 345-9808
    Attorney for Defendant Landmark