IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **STENIO** and **RAQUEL DESOUZA,** | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 05-7878(SLR) |
| **J.N. CARPENTRY, INC.,** et. al., | : | |
| | : | |
| Defendants | : | JURY TRIAL DEMANDED |

**Plaintiff's Motion to Extend Discovery Deadline**

Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, Plaintiff requests a modification of the prior Scheduling Order due to the following circumstances:

1.   On October 26, 2006, this Honorable Court entered a Scheduling Order. Exhibit "A".

2.   Pursuant to the Scheduling Order, reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof are due by March 15, 2007. Rebuttal expert reports are due by April 15, 2007.

3.   On November 28, 2006, Plaintiffs' counsel's mother was hospitalized and has remained so to date, albeit presently in a skilled nursing facility. Her hospitalization commenced at Pennsylvania Hospital in Philadelphia until transfer to Abington Memorial Hospital on December 9, 2006 where she remained as an inpatient until Monday, January 8, 2007. On January 8, 2007, she was transferred to a skilled nursing facility. Before her hospitalization, she lived independently with her husband. Her hospitalization was related to kidney failure and multiple heart attacks.

4.   On January 8, 2007, Plaintiffs' Counsel's mother, an amputee, was transferred to a skilled nursing facility. She has remained in this institution to date. Plaintiffs' Counsel has

been involved with assisting his father, age 86, in making arrangements and decisions regarding her care.

5. As a result of this personal matter, Plaintiffs' counsel has needed to adjust his practice which he has done by obtaining Court extensions in several matters. He received two extensions from the Pennsylvania Supreme Court. One of the extensions was granted nunc pro tunc. He also received other extensions from the Pennsylvania Commonwealth Court and the Lackawanna Court of Common Pleas. Notwithstanding same, he has proceeded on two civil matters, a products liability case, and a premises liability (amusement park ride) matter, in Philadelphia Common Pleas and in Federal Court for the Eastern District of Pennsylvania. The Federal matter was scheduled for trial March 5, 2007 and the Philadelphia state court matter was scheduled for trial on March 16, 2007. These matters have since resolved.

6. In the interim, Plaintiffs' counsel has received notice that Defendant JN Carpentry, Inc. will be joining a superior subcontractor for the construction project at issue in this case. This is another reason for the requested enlargement of time in regard to this above captioned matter.

7. Due to these unforeseen circumstances, Plaintiffs' counsel respectfully requests that the deadline to file reports from retained experts under Rule 26(a)(2) be extended by four months, until July 15, 2007. Plaintiffs' counsel also requests that the Court accordingly extend the deadline for rebuttal expert reports from April 15, 2007 to August 15, 2007.

8. Trial in this matter is not scheduled until October 27, 2007 and no prejudice has or will result from this requested extension of time. Should this requested extension interfere

2

with the aforesaid trial scheduling, Plaintiffs' counsel is unopposed to this matter being relisted for another date.

                                                    Respectfully submitted,

                                                    /s/ Gary W. Aber
                                                GARY W. ABER (DSB #754)
                                                Aber, Goldlust, Baker & Over
                                                702 King Street, Suite 600
                                                P.O. Box 1675
                                                Wilmington, DE  19899
                                                (302) 472-4900
                                                Attorney for Plaintiff

                                                of Counsel

                                                ARTHUR L. BUGAY, ESQUIRE
                                                Galfand Berger, LLP
                                                1818 Market Street, Suite 2300
                                                Philadelphia, PA  19103
                                                (215)665-1600
                                                Counsel for Plaintiff

DATED:  March 20, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **STENIO** and **RAQUEL DESOUZA,** | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 05-7878(SLR) |
| **J.N. CARPENTRY, INC.,** et. al., | : | |
| | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## CERTIFICATION PURSUANT TO RULE 7.1.1

The plaintiff has consulted with defense counsel, who do not object to this motions.

Respectfully submitted,

_____/s/ Gary W. Aber_____
GARY W. ABER (DSB #754)
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
Attorney for Plaintiff


of Counsel

ARTHUR L. BUGAY, ESQUIRE
Galfand Berger, LLP
1818 Market Street, Suite 2300
Philadelphia, PA  19103
(215)665-1600
Counsel for Plaintiff

DATED:  March 20, 2007

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **STENIO** and **RAQUEL DESOUZA,** | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 05-7878(SLR) |
| **J.N. CARPENTRY, INC.,** et. al., | : | |
| | : | |
| Defendants | : | JURY TRIAL DEMANDED |

### Order

At Wilmington, this ___ day of _____, 2007, Plaintiffs' Motion to Extend Discovery Deadline is GRANTED and it is ORDERED that reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof are due by July 15, 2007. It is FURTEHER ORDERED that rebuttal expert reports are due by August 15, 2007.

_____
**The Honorable Sue L. Robinson**

## **PROOF OF SERVICE**

This will certify that a true and correct copy of the foregoing document was served by electronic filing and first class mail, on this 20th day of March 2007, to the following:

Brian J. Chapman, Esquire
Kent & McBride
1105 Market Street, 5th Fl.
Wilmington, DE 19801

Paul Cottrell, Esquire
702 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899

George McCool, Esquire
Wright & O'Donnell
15 E. Ridge Pike
Suite 570
Conshohocken, PA 19428

Robert D. Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 N. Colonial Avenue
Elsmere, DE 19805


Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, Suite 800
Wilmington, DE 19801


                                             /s/ Melissa A. Chionchio
                                              Melissa A. Chionchio
                                              Secretary to Gary W. Aber