## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STENIO DESOUZA and        :
RAQUEL DESOUZA          :     C.A. No.: 05-787

       Plaintiffs,       :
                    :
   v.                 :
                    :
PETTINARO CONSTRUCTION CO., INC.,:
ET AL.                :     JURY TRIAL DEMANDED
                    :
       Defendants.      :

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants **Mid-Atlantic Realty and Queensbury Village, Inc.,** in the above-captioned matter.  This entry of appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendants.  Defendants specifically reserve the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

**KENT & MCBRIDE, P.C.**

By:    */s/ Brian J. Chapman*
       Brian J. Chapman, Esquire
       Delaware I.D. No. 4231
       Kent & McBride, P.C.
       1105 Market Street, Suite 500
       Wilmington, DE 19801
       (302) 777-5477
       *Attorney for Mid-Atlantic Realty*
       *and Queensbury Village*

Dated:   3-20-2007