IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STENIO DESOUZA and  
RAQUEL DESOUZA            :       C.A. No.: 05-787

      Plaintiffs,         :

v.                          :

PETTINARO CONSTRUCTION CO., INC.,:  
ET AL.                      :

      Defendants.         :

### CERTIFICATE OF SERVICE

I, BRIAN J. CHAPMAN, ESQUIRE, hereby certify that a true and correct copy of the foregoing document was served by electronic filing and first class mail this 20th day of March 2007, addressed to the following:

Gary Aber, Esquire  
Aber, Goldlust, Baker & Over  
720 King Street, Suite 600  
Wilmington, DE 19801

Paul Cottrell, Esquire  
702 King Street, Suite 500  
P.O. Box 1031  
Wilmington, DE 19899

Arthur L. Bugay, Esquire  
1818 Market Street  
Suite 2300  
Philadelphia, PA 19103

George McCool, Esquire  
Wright & O'Donnell  
15 E. Ridge Pike, Suite 570  
Conshohocken, PA 19428

Robert D. Ardizzi, Esquire  
Davis, Bucco & Ardizzi  
2 N. Colonial Avenue  
Elsmere, DE 19805

Norman Brooks, Esquire  
Marks, O'Neill, O'Brien & Courtney  
913 Market Street, Suite 800  
Wilmington, DE 19801

**KENT & MCBRIDE, P.C.**

By: /s/ Brian J. Chapman
Brian J. Chapman, Esquire
Delaware I.D. No. 4231
Kent & McBride, P.C.
1105 Market Street, Suite 500
Wilmington, DE 19801
(302) 777-5477
*Attorney for Mid-Atlantic Realty
and Queensbury Village*

Dated:   3-20-2007