IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STENIO** and **RAQUEL DESOUZA**, | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : CIVIL ACTION NO. 05-787 |
| **J.N. CARPENTRY, INC.**, et al., | : |
| | : |
| Defendants. | : |
| | : |

**O R D E R**

**AND NOW**, this _____ day of _____, 2007, upon consideration of Defendant J.N. Carpentry, Inc.'s Motion for Leave to File A Third Party Complaint, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**. Defendant/Third Party Plaintiff, J.N. Carpentry, Inc., shall file their Third Party Complaint within ten (10) days and proceed with service of process of the Third Party Complaint.

BY THE COURT:

_____

U.S.D.J.