IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA, and<br>RAQUEL DESOUZA,<br><br>    Plaintiffs,<br><br>v.<br><br>PETTINARO CONSTRUCTION, CO.,<br>INC, et al.,<br><br>    Defendants. | Civil Action No: 05-787-SLR |

## ENTRY OF APPEARANCE

Please enter the appearance of Herbert W. Mondros, Esquire, of the law offices of Margolis Edelstein, as attorney for Defendant U.S. Construction Inc. in the above-captioned matter.

                                              MARGOLIS EDELSTEIN

                                              /s/ Herbert W. Mondros
                                              Herbert W. Mondros, Esquire (DE #3308)
                                              750 South Madison Street, Suite 102
                                              Wilmington, DE 19801
                                              302-777-4680
                                              Attorney for Defendant U.S. Construction Inc.

Dated: April 9, 2007