IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA, and<br>RAQUEL DESOUZA,<br><br>    Plaintiffs,<br><br>    v.<br><br>PETTINARO CONSTRUCTION, CO.,<br>INC, et al.,<br><br>    Defendants. | )<br>)  Civil Action No: 05-787-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I certify that on April 4, 2007 a copy of the *Entry of Appearance* was delivered by regular U.S. mail, postage pre-paid, to the following:

Gary Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE  19801
Attorney for Plaintiffs

MARGOLIS EDELSTEIN

*/s/ Herbert W. Mondros*

Herbert W. Mondros, Esquire (DE #3308)
750 South Madison Street, Suite 102
Wilmington, DE  19801
(302) 777-4680
Attorney for Defendant U.S. Construction Inc.