IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA, and<br>RAQUEL DESOUZA,<br><br>    Plaintiffs,<br><br>v.<br><br>PETTINARO CONSTRUCTION, CO.,<br>INC, et al.,<br><br>    Defendants. | Civil Action No: 05-787-SLR |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective April 1, 2007, the law firm of Margolis Edelstein has changed its delivery address to:

    Margolis Edelstein
    750 South Madison Street, Suite 102
    Wilmington, DE 19801

The firm's telephone number, facsimile number, and e-mail address will remain the same.

**MARGOLIS EDELSTEIN**

    /s/ Herbert W. Mondros
Herbert W. Mondros, Esquire
(Del. I.D. No. 3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680
(302) 777-4682 (Facsimile)
Attorney for Defendant U.S. Construction Inc.

Dated: April 9, 2007