## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served, by electronic filing and first class mail, the foregoing Notice of Change of Firm Address upon counsel for plaintiffs identified below, this 9th day of April, 2007.

Gary Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19801
Attorney for Plaintiffs

**MARGOLIS EDELSTEIN**

/s/ Herbert W. Mondros
_____
Herbert W. Mondros, Esquire
(Del. I.D. No. 3308)
750 South Madison Street, Suite 102
Wilmington, DE 1 9801
(302) 777-4680
(302) 777-4682 (Facsimile)
Attorney for Defendant U.S. Construction Inc.

Dated April 9, 2007