## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STENIO DESOUZA and<br>RAQUEL DESOUZA | : <br> : <br> : | C.A. No.: 05-787 |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| PETTINARO CONSTRUCTION CO., INC.,<br>ET AL. | : <br> : <br> : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### SUBSTITUTION OF COUNSEL

TO CLERK OF COURT:

    KINDLY WITHDRAW the appearance of Brian J. Chapman, Esquire on behalf of Defendants **Mid-Atlantic Realty** and **Queensbury Village, Inc.,** in the above-captioned matter; and,

    KINDLY ENTER the appearance of David C. Malatesta, Jr., Esquire and Heather A. Schwenzer, Esquire on behalf of Defendants **Mid-Atlantic Realty** and **Queensbury Village, Inc.,** in the above-captioned matter.

| | |
|---|---|
| **KENT & MCBRIDE, P.C.** | **KENT & MCBRIDE, P.C.** |
| */s/ Brian J. Chapman* | */s/ David C. Malatesta, Jr.* |
| Brian J. Chapman, Esquire | David C. Malatesta, Jr., |
| Delaware I.D. No. 4231 | Delaware I.D. No. 3755 |
| 1105 Market Street, Suite 500 | 1105 Market Street, Suite 500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 777-5477 | (302) 777-5477 |

Dated: May 21, 2007