IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STENIO** and **RAQUEL DESOUZA,** | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : CIVIL ACTION NO. 05-787 |
| **J.N. CARPENTRY, INC.,** et al., | : |
| | : |
| Defendants. | : |
| | : |

MOTION OF DEFENDANT, J.N. CARPENTRY, INC.
TO COMPEL PLAINTIFFS TO RESPOND TO
INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 37, Defendant, J.N. Carpentry, Inc. (hereinafter "Moving Defendant"), by and through its attorneys, Wright & O'Donnell, P.C., hereby files this Motion to Compel Plaintiffs to responds to Interrogatories, Requests for Production of Documents and Disclosures, and in support thereof, states as follows:

1. This matter involves Plaintiffs' claims for personal injuries sustained on or about November 17, 2003, while working on a construction site in Newark, Delaware.

2. On March 1, 2007, Moving Defendant served Interrogatories and Request for Production of Documents on Plaintiffs.

3. During the course of litigation, other parties have also served Interrogatories and Requests for Production on the Plaintiffs.

4. To date, Moving Defendant has not received responses from Plaintiffs to its Interrogatories or Requests for Production, and/or copies of any responses to any Interrogatories or Requests for Production propounded by other parties.

5. Additionally, Moving Defendant is not in receipt of any Rule 26 Disclosures issued on behalf of Plaintiffs.

6. Moving Defendant's position in this litigation is being severely prejudiced by Plaintiffs' failure to provide responses to written discovery and disclosures.

**WHEREFORE**, for the foregoing reasons, Moving Defendant respectfully requests that this Honorable Court grant its Motion and enter the accompanying Order requiring Plaintiffs to respond to Interrogatories and Request for Production of Documents.

Respectfully submitted,

WRIGHT & O'DONNELL, P.C.
/s/ *George T. McCool, Jr.*
George T. McCool, Jr.
Admitted Pro Hac Vice
15 East Ridge Pike, Suit 570
Conshohocken, PA 19428
Telephone: (610) 940-4092
E-mail: gmccool@wright-odonnell.com

MARSHALL, DENNEHEY, WARNER,
   COLEMAN & GOGGIN

/s/ *Armand J. Della Porta*
Armand J. Della Porta, Esquire
Delaware ID No. 2861
Eric S. Thompson, Esquire
Delaware ID No. 4633
1220 North Market Street
Post Office Box 8888
Wilmington, DE 19899
Telephone: (302) 552-4323
E-mail: ajdellaporta@mdwcg.com

Attorneys for Defendant/Third Party
Plaintiff, J.N. Carpentry, Inc.

Dated: June 4, 2007

**CERTIFICATE OF SERVICE**

I, George T. McCool, Jr., Esquire, hereby certify that a true and correct copy of the foregoing Motion to Compel Plaintiffs to Respond to Interrogatories and Request for Production of Documents, was served upon the below listed counsel of record via electronic filing and/or regular mail:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P.O. Box 1675
Wilmington, DE 19899
*Counsel for Plaintiffs*

Arthur Bugay, Esquire
Galfand Berger, LLP
1818 Market Street, Suite 1818
Philadelphia, PA 19103
*Counsel for Plaintiffs*

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
*Counsel for Defendants Pettinaro Construction Co., Inc.,*
*Pettinaro & Associates, Inc., Pettinaro Enterprises, Pettinaro Enterprises LLC*
*and Pettinaro Relocation LLC*

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
*Counsel for Landmark Engineering, Inc.*

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 North Colonial Avenue
Elsmere, DE 19805
*Counsel for Landmark Engineering, Inc.*

Herbert W. Mondros, Esquire
Jeffrey K. Martin, Esquire
Margolis Edelstein
750 South Madison Street, Suite 102
Wilmington, DE 19801
*Counsel for U.S. Construction Inc. a/k/a*
*U.S. Construction a/k/a U.S. Construction LLC*

Brian J. Chapman, Esquire
Kent & McBride, P.C.
1105 Market Street, Suite 500
Wilmington, DE 19801
*Counsel for Mid-Atlantic Realty and Queensbury Village*

/s/ *George T. McCool, Jr.*