**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **STENIO** and **RAQUEL DESOUZA**, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 05-787 |
| **J.N. CARPENTRY, INC.**, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Counsel for Defendant, J.N. Carpentry, Inc., George T. McCool, Jr., Esquire, has sought

responses to items of written discovery and Disclosures from Plaintiffs' counsel, on at least three

occasions by correspondence and telephone contact.  To date, no responses have been received.

Respectfully submitted,

WRIGHT & O'DONNELL, P.C.
**/s/ *George T. McCool, Jr.***
George T. McCool, Jr.
Admitted Pro Hac Vice
15 East Ridge Pike, Suit 570
Conshohocken, PA 19428
Telephone: (610) 940-4092
E-mail: gmccool@wright-odonnell.com

MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN

*/s/ Armand J. Della Porta*
Armand J. Della Porta, Esquire
Delaware ID No. 2861
Eric S. Thompson, Esquire
Delaware ID No. 4633
1220 North Market Street
Post Office Box 8888

Wilmington, DE 19899
Telephone: (302) 552-4323
E-mail: ajdellaporta@mdwcg.com

Attorneys for Defendant/Third Party
Plaintiff, J.N. Carpentry, Inc.

Dated: June 4, 2007