IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STENIO** and **RAQUEL DESOUZA**, | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : CIVIL ACTION NO. 05-787 |
| **J.N. CARPENTRY, INC.**, et al., | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

AND NOW, on this _____ day of _____, 2007, upon consideration of the Motion of Defendant J.N. Carpentry, Inc. To Compel Plaintiffs to respond to outstanding written discovery, and any responses thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**. Plaintiffs shall provide full and complete responses to Defendant's written discovery and Disclosures within ten (10) days or risk sanctions upon application to the Court.

BY THE COURT

_____
U.S.D.J.