IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-787-SLR |
| | : |
| PETTINARO CONSTRUCTION CO., INC., et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **8th** day of **June, 2007**,

IT IS ORDERED that the teleconference scheduled for Tuesday, June 19, 2007 at 9:30 a.m. with Judge Thynge to discuss the status of the case and the mediation date has been rescheduled to **Tuesday, August 7, 2007 at 2:00 p.m. George T. McCool, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE