IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA and RAQUEL DESOUZA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 05-787-SLR ) |
| PETTINARO CONSTRUCTION CO., INC., et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 12th day of June, 2007, having conferred with counsel;

IT IS ORDERED that:

1. The motion to dismiss for lack of jurisdiction, filed by defendant U.S. Construction, Inc. (owned by Antonio Rodrigues) (D.I. 39), is granted.

2. The motions to compel, filed by defendants Landmark Engineering Inc. and J.N. Carpentry, Inc. (D.I. 45, 56), are denied as moot.

3. The scheduling order entered by the court on October 24, 2006 (D.I. 42) is hereby stayed, pending the anticipated joinder of additional parties (D.I. 50) and the entry of a new scheduling order.

*[signature]*
United States District Judge