IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-787-SLR |
| | : |
| PETTINARO CONSTRUCTION CO., INC., et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **7th** day of **August, 2007**,

IT IS ORDERED that the mediation scheduled for Thursday, August 23, 2007 at 10:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Tuesday, October 16, 2007 at 9:00 a.m.** with Judge Thynge. **Plaintiffs' outside counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE