## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-787-SLR |
| | : |
| PETTINARO CONSTRUCTION CO., INC., et al., | : |
| | : |
| Defendants. | : |

### **ORDER**

At Wilmington this **16th** day of **October, 2007**,

As a result of the teleconference of October 16, 2007,

IT IS ORDERED that George T. McCool, Esquire shall advise the Magistrate Judge when he advises Judge Sue L. Robinson of the need for a scheduling conference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE