IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 05-787 |
| J.N. CARPENTRY, INC., et al., | : |
| Defendants. | : |

**STIPULATION TO JOIN**

AND NOW THIS ____ day of ____ 2007, it is hereby STIPULATED and AGREED by and between counsel, as evidenced by the attached signature pages, that Defendant J.N. Carpentry, Inc., may join Segoes Carpentry, Inc. and Layne Thomas Builders, Inc., as Third Party Defendants in the above captioned matter. Defendant J.N. Carpentry, Inc., is permitted to file the Joinder Complaint against those parties within twenty (20) days of the approval of this Stipulation by the Court.

BY THE COURT

_____
J.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN


BY: _____
    Armand J. Della Porta, Jr., Esq.
    Attorney for J.N. Carpentry, Inc.

WRIGHT & O'DONNELL, P.C.

BY: _____
George T. McCool, Jr., Esquire
Attorney for J.N. Carpentry, Inc.

DAVIS, BUCCO & ARDIZZI

BY: _____
Robert Daniel Ardizzi, Esquire
Attorney for Landmark Engineering, Inc.

MARKS, O'NEILL, O'BRIEN &
COURTNEY, P.C.

By: _____
Norman H. Brooks, Jr., Esquire
Attorney for Defendants Pettinaro
Construction Co., Inc., Pettinaro
Associates, Inc. Pettinaro Enterprises,
Pettinaro Enterprises, LLC and Pettinaro
Relocation, LLC

GALFAND BERGER, LLP

BY: _____
Arthur Bugay, Esquire
Attorney for Plaintiffs

ABER, GOLDLUST, BAKER & OVER

BY: _____
Gary W. Aber, Esquire
Attorney for Plaintiffs

                    KENT & MCBRIDE, P.C.

By: _____
      David C. Malatesta, Jr., Esq.
      Attorney for Mid-Atlantic Realty and
      Queensbury Village