# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STENIO and RAQUEL DESOUZA,                    :
                                              :
                    Plaintiffs,               :
                                              :
          v.                                  :
                                              :     CIVIL ACTION NO. 05-787
J.N. CARPENTRY, INC., et al.,                 :
                                              :
                    Defendants.               :
                                              :

## STIPULATION TO JOIN

    AND NOW THIS      day of      2007, it is hereby STIPULATED and AGREED

by and between counsel, as evidenced by the attached signature pages, that Defendant J.N.

Carpentry, Inc., may join Segoes Carpentry, Inc. and Layne Thomas Builders, Inc., as Third Party

Defendants in the above captioned matter.  Defendant J.N. Carpentry, Inc., is permitted to file the

Joinder Complaint against those parties within twenty (20) days of the approval of this

Stipulation by the Court.

                                      BY THE COURT

                                  _____

                                              J.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN


BY: _____
      Armand J. Della Porta, Jr., Esq.
      Attorney for J.N. Carpentry, Inc.

WRIGHT & O'DONNELL, P.C.

BY: _____
George T. McCool, Jr., Esquire
Attorney for J.N. Carpentry, Inc.

DAVIS, BUCCO & ARDIZZI

BY: _____

Robert Daniel Ardizzi, Esquire
Attorney for Landmark Engineering, Inc.

MARKS, O'NEILL, O'BRIEN &
COURTNEY, P.C.


By: _____

Norman H. Brooks, Jr., Esquire
Attorney for Defendants Pettinaro
Construction Co., Inc., Pettinaro
Associates, Inc. Pettinaro Enterprises,
Pettinaro Enterprises, LLC and Pettinaro
Relocation, LLC

GALFAND BERGER, LLP

BY: _____
   Arthur Bugay, Esquire
   Attorney for Plaintiffs

ABER, GOLDLUST, BAKER & OVER

BY: _____

Gary W. Aber, Esquire
Attorney for Plaintiffs

KENT & MCBRIDE, P.C.

By:

David C. Malatesta, Jr., Esq.
Attorney for Mid-Atlantic Realty and
Queensbury Village

MEDIATION, STAYED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00787-SLR

| | |
|---|---|
| DeSouza et al v. Pettinaro Construction Co Inc. et al | Date Filed: 11/14/2005 |
| Assigned to: Honorable Sue L. Robinson | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Stenio DeSouza**                    represented by **Gary W. Aber**
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite #600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Email: gaber@gablawde.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raquel DeSouza**                    represented by **Gary W. Aber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pettinaro Construction Co Inc.**                    represented by **Norman H. Brooks, Jr.**
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801
(302) 658-6538
Email: nbrooks@mooclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pettinaro & Associates Inc.**                    represented by **Norman H. Brooks, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pettinaro Enterprises**     represented by **Norman H. Brooks, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pettinaro Enterprises LLC**     represented by **Norman H. Brooks, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pettinaro Relocation LLC**     represented by **Norman H. Brooks, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Queensbury Village Inc.**     represented by **Brian J. Chapman**
Law Office of Brian J. Chapman
1232 N.King Street, Suite 300
Wilmington, DE 19801
(302)656-2528
Email: bchapman977@aol.com
*TERMINATED: 05/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David C. Malatesta, Jr.**
Kent & McBride, P.C.
1105 Market Street, Suite 500
5th Floor
Wilmington, DE 19801-2165
(302) 777-5477
Email: dmalatesta@kentmcbride.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Architecture Plus PA**

**Defendant**

**Landmark Engineering Inc.**     represented by **Paul Cottrell**
*TERMINATED: 11/29/2007*
Tighe & Cottrell, P.A.
704 King Street, Box 1031
1 Customs House
Wilmington, DE 19899
(302) 658-6400

Email: P.Cottrell@tighecottrell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Daniel Ardizzi**
Davis, Bucco & Ardizzi
901 N. Market Street, Suite 700
Wilmington, DE 19801
(302) 345-9808
Email: robert.ardizzi@davisbucco.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mid-Atlantic Realty**                     represented by **Brian J. Chapman**
(See above for address)
*TERMINATED: 05/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David C. Malatesta, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.N. Carpentry Inc.**                     represented by **Armand J. Della Porta, Jr.**
*also known as*                             Marshall, Dennehey, Warner, Coleman
JN Carpentry Inc.                           & Goggin
*also known as*                             1220 N. Market St., Suite 500
JN Carpentry                                P.O. Box 8888
*also known as*                             Wilmington, DE 19899
JN Carpenter Inc.                           (302) 552-4323
                                            Fax: (302)651-7905
                                            Email: ajdellaporta@mdwcg.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Eric Scott Thompson**
Marshall, Dennehey, Warner, Coleman
& Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4370
Email: ethompson@mdwcg.com
*TERMINATED: 10/18/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

George T. McCool
Pro Hac Vice
Email: gmccool@wright-odonnell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**E.F. Carpenter Inc.**

**Defendant**

**U.S. Builders Assoc LLC**

**Defendant**

**U.S. Construction Inc.**                    represented by   **Jeffrey K. Martin**
*also known as*                                              Martin & Wilson, P.A.
U.S. Construction                                            1508 Pennsylvania Avenue
*also known as*                                              Wilmington, DE 19806
U.S. Construction LLC                                        (302) 777-4681
                                                             Email: jmartin@martinandwilson.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Herbert Weiswasser Mondros**
                                                             Margolis Edelstein
                                                             750 South Madison Street, Suite 102
                                                             Wilmington, DE 19801
                                                             (302) 888-1112
                                                             Fax: (302) 888-1119
                                                             Email:
                                                             hmondros@margolisedelstein.com
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Jose H. Rodrigues**
*also known as*
Jose G. Rodrigues
*also known as*
Jose Rodriguez
*also known as*
Jose Henrique Pereira Rodrigues
*also known as*
Jose M. Rodriguez
*also known as*
Gose Rodrigues

**Defendant**

**Jose G. Rodrigues**

**Defendant**

**Jose Henrique Pereira Rodrigues**

**Defendant**

**Jose Rodriguez**

**Defendant**

**Jose M. Rodriguez**

**Defendant**

**Nino Rodrigues**
*also known as*
Antonio G. Rodrigues
*also known as*
Antonio O. Rodrigues
*also known as*
Antonio Rodrigues

**Defendant**

**Antonio G. Rodrigues**

**Defendant**

**Antonio O. Rodrigues**

**Defendant**

**Antonio Rodrigues**

**Defendant**

**U.S. Construction LLC**

**Defendant**

**U.S. Construction**                              represented by  **Herbert Weiswasser Mondros**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Gose Rodrigues**

**Cross Defendant**

**Architecture Plus PA**

**Cross Claimant**

**Landmark Engineering Inc.**
*TERMINATED: 11/29/2007*

V.

**Cross Defendant**

**Pettinaro Relocation LLC**

**Cross Defendant**

**Queensbury Village Inc.**                    represented by    **Brian J. Chapman**
                                                                 (See above for address)
                                                                 *TERMINATED: 05/21/2007*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **David C. Malatesta, Jr.**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Architecture Plus PA**

**Cross Defendant**

**Landmark Engineering Inc.**
*TERMINATED: 11/29/2007*

**Cross Defendant**

**Mid-Atlantic Realty**                        represented by    **Brian J. Chapman**
                                                                 (See above for address)
                                                                 *TERMINATED: 05/21/2007*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **David C. Malatesta, Jr.**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.N. Carpentry Inc.**

**Cross Defendant**

**E.F. Carpenter Inc.**

**Cross Defendant**

**U.S. Builders Assoc LLC**

**Cross Defendant**

**U.S. Construction Inc.**

**Cross Defendant**

**Jose H. Rodrigues**

**Cross Defendant**

**Jose G. Rodrigues**

**Cross Defendant**

**Jose Henrique Pereira Rodrigues**

**Cross Defendant**
**Jose Rodriguez**

**Cross Defendant**
**Jose M. Rodriguez**

**Cross Defendant**
**Nino Rodrigues**

**Cross Defendant**
**Antonio G. Rodrigues**

**Cross Defendant**
**Antonio O. Rodrigues**

**Cross Defendant**
**Antonio Rodrigues**

**Cross Defendant**
**U.S. Construction LLC**

**Cross Defendant**
**U.S. Construction**

**Cross Defendant**
**Gose Rodrigues**

**Cross Defendant**
**Pettinaro Construction Co Inc.**

**Cross Defendant**
**Pettinaro & Associates Inc.**

**Cross Defendant**
**Pettinaro Enterprises**

**Cross Defendant**
**Pettinaro Enterprises LLC**

**Cross Claimant**
**J.N. Carpentry Inc.**


V.
**Cross Defendant**
**Pettinaro Relocation LLC**

**Cross Defendant**

**Queensbury Village Inc.**                 represented by **Brian J. Chapman**
                                                           (See above for address)
                                                           *TERMINATED: 05/21/2007*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **David C. Malatesta, Jr.**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Landmark Engineering Inc.**
*TERMINATED: 11/29/2007*

**Cross Defendant**

**Mid-Atlantic Realty**                     represented by **Brian J. Chapman**
                                                           (See above for address)
                                                           *TERMINATED: 05/21/2007*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **David C. Malatesta, Jr.**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Pettinaro Construction Co Inc.**

**Cross Defendant**

**Pettinaro & Associates Inc.**

**Cross Defendant**

**Pettinaro Enterprises**

**Cross Defendant**

**Pettinaro Enterprises LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2005 | 1 | COMPLAINT filed with Jury Demand against all defendants - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 141172.) - filed by Stenio DeSouza, Raquel DeSouza. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(dab, ) (Entered: 11/15/2005) |
| | | |

| | | |
|---|---|---|
| 11/14/2005 | | No Summons Issued (dab, ) (Entered: 11/15/2005) |
| 11/17/2005 | 2 | AMENDED COMPLAINT against all defendants- filed by Stenio DeSouza.(Aber, Gary) (Entered: 11/17/2005) |
| 11/17/2005 | | Summons Issued as to Pettinaro Relocation LLC on 11/17/2005; Queensbury Village Inc. on 11/17/2005; Architecture Plus PA on 11/17/2005; Landmark Engineering Inc. on 11/17/2005; Mid-Atlantic Realty on 11/17/2005; J N Carpentry Inc. on 11/17/2005; E F Carpenter Inc. on 11/17/2005; U S Builders Assoc LLC on 11/17/2005; U S Construction Inc. on 11/17/2005; Pettinaro Construction Co Inc. on 11/17/2005; Pettinaro & Associates Inc. on 11/17/2005; Pettinaro Enterprises on 11/17/2005; Pettinaro Enterprises LLC on 11/17/2005. (bad, ) (Entered: 11/18/2005) |
| 11/17/2005 | | Summons Issued as to U S Construction LLC on 11/17/2005. (bad, ) (Entered: 11/18/2005) |
| 11/17/2005 | | Summons Issued as to Jose G. Rodrigues on 11/17/2005; Jose Henrique Pereira Rodrigues on 11/17/2005; Jose Rodriguez on 11/17/2005; Jose M. Rodriguez on 11/17/2005; Antonio Rodrigues on 11/17/2005; U.S. Construction on 11/17/2005. (rbe, ) (Entered: 11/21/2005) |
| 11/18/2005 | | CORRECTING ENTRY: U S Construction LLC added to docket by Clerk's Office. Party was added to the case with the filing of the amended complaint, D.I. 2 (bad, ) (Entered: 11/18/2005) |
| 11/23/2005 | | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 11/23/2005) |
| 01/30/2006 | 3 | NOTICE of Appearance by Paul Cottrell on behalf of Landmark Engineering Inc. (Attachments: # 1 Certificate of Service)(Cottrell, Paul) (Entered: 01/30/2006) |
| 02/03/2006 | 4 | NOTICE of Appearance by Norman H. Brooks, Jr on behalf of Pettinaro Construction Co Inc. (Attachments: # 1 Certificate of Service)(Brooks, Norman) (Entered: 02/03/2006) |
| 02/03/2006 | 5 | NOTICE of Appearance by Norman H. Brooks, Jr on behalf of Pettinaro Relocation LLC, Pettinaro Construction Co Inc., Pettinaro & Associates Inc., Pettinaro Enterprises, Pettinaro Enterprises LLC (Attachments: # 1 Certificate of Service)(Brooks, Norman) (Entered: 02/03/2006) |
| 03/13/2006 | 6 | NOTICE of Appearance by Robert Daniel Ardizzi on behalf of Landmark Engineering Inc. (Attachments: # 1 Certificate of Service) (Ardizzi, Robert) (Entered: 03/13/2006) |
| 05/23/2006 | 8 | PRAECIPE filed by Gary W. Aber on behalf of Stenio DeSouza, Raquel DeSouza requesting Clerk to issue Alias Summons for 15 Defendants. (rpg, ) (Entered: 05/23/2006) |
| 05/23/2006 | | CORRECTING ENTRY: Docket Item 7 removed by Clerk's Office at counsel's request. New Praecipe filed as D.I. 8 (rpg, ) (Entered: |

| | | |
|---|---|---|
| | | 05/23/2006) |
| 05/23/2006 | | Alias Summons issued as to J.N. Carpentry Inc., E.F. Carpenter Inc., U.S. Builders Assoc LLC, U.S. Construction Inc., Jose H. Rodrigues, Jose G. Rodrigues, Jose Henrique Pereira Rodrigues, Jose Rodriguez, Jose M. Rodriguez, Nino Rodrigues, Antonio G. Rodrigues, Antonio O. Rodrigues, Antonio Rodrigues, Gose Rodrigues, per Praecipe, D.I. 8. (rpg, ) (Entered: 05/23/2006) |
| 06/05/2006 | 9 | Return of Service Executed by Stenio DeSouza. Jose G. Rodrigues served on 5/25/2006, answer due 6/14/2006. (Aber, Gary) (Entered: 06/05/2006) |
| 06/05/2006 | 10 | Return of Service Executed by Stenio DeSouza as to Gose G. Rodrigues. served on 5/25/06, answer due on 6/14/06 (Aber, Gary) Modified on 6/5/2006 (fmt, ). (Entered: 06/05/2006) |
| 06/05/2006 | 11 | Return of Service Executed by Stenio DeSouza. J.N. Carpentry Inc. served on 5/25/2006, answer due 6/14/2006. (Aber, Gary) (Entered: 06/05/2006) |
| 06/05/2006 | 12 | Return of Service Executed by Stenio DeSouza. Jose Henrique Pereira Rodrigues served on 5/25/2006, answer due 6/14/2006. (Aber, Gary) (Entered: 06/05/2006) |
| 06/05/2006 | 13 | Return of Service Executed by Stenio DeSouza. Nino Rodrigues served on 5/25/2006, answer due 6/14/2006. (Aber, Gary) (Entered: 06/05/2006) |
| 06/05/2006 | 14 | Return of Service Executed by Stenio DeSouza. Antonio Rodrigues served on 5/25/2006, answer due 6/14/2006. (Aber, Gary) (Entered: 06/05/2006) |
| 06/05/2006 | 15 | Return of Service Executed by Stenio DeSouza. Antonio G. Rodrigues served on 5/25/2006, answer due 7/24/2006. (Aber, Gary) (Entered: 06/05/2006) |
| 06/05/2006 | 16 | Return of Service Executed by Stenio DeSouza. Antonio O. Rodrigues served on 5/25/2006, answer due 6/14/2006. (Aber, Gary) (Entered: 06/05/2006) |
| 06/05/2006 | 17 | Return of Service Executed by Stenio DeSouza. Jose M. Rodriguez served on 5/25/2006, answer due 7/24/2006. (Aber, Gary) Modified on 6/5/2006 (fmt, ). (Entered: 06/05/2006) |
| 06/05/2006 | 18 | Return of Service Executed by Stenio DeSouza. Jose Rodriguez served on 5/25/2006, answer due 7/24/2006. (Aber, Gary) (Entered: 06/05/2006) |
| 06/05/2006 | 19 | Return of Service Executed by Stenio DeSouza. Jose G. Rodrigues served on 5/25/06(Aber, Gary) Modified on 6/5/2006 (fmt, ) (Entered: 06/05/2006) |
| 06/05/2006 | 20 | Return of Service Executed by Stenio DeSouza. Jose H. Rodrigues served on 5/25/2006, answer due 7/24/2006. (Aber, Gary) (Entered: 06/05/2006) |

| 06/05/2006 | 21 | Return of Service Executed by Stenio DeSouza. U.S. Construction Inc. served on 5/25/2006, answer due 7/24/2006. (Aber, Gary) (Entered: 06/05/2006) |
| 06/05/2006 | 22 | Return of Service Executed by Stenio DeSouza. U.S. Builders Assoc LLC served on 5/25/2006, answer due 7/24/2006. (Aber, Gary) (Entered: 06/05/2006) |
| 06/05/2006 | 23 | Return of Service Executed by Stenio DeSouza. E.F. Carpenter Inc. served on 5/25/2006, answer due 7/24/2006. (Aber, Gary) (Entered: 06/05/2006) |
| 06/06/2006 | 24 | ANSWER to Amended Complaint, CROSSCLAIM against all defendants by Landmark Engineering Inc..(Ardizzi, Robert) (Entered: 06/06/2006) |
| 06/19/2006 | 25 | ORDER, Setting Hearings Scheduling TeleConference set for 8/11/2006 08:00 AM before Honorable Sue L. Robinson. Signed by Judge Sue L. Robinson on 6/19/06. (rld, ) (Entered: 06/19/2006) |
| 06/28/2006 | 26 | AFFIDAVIT of Service for Complaint served on E.F. Carpentry, Inc. on 06/13/06, filed by Raquel DeSouza. (Aber, Gary) (Entered: 06/28/2006) |
| 06/28/2006 | 27 | AFFIDAVIT of Service for Complaint served on U.S. Construction, Inc. on 06/16/06, filed by Raquel DeSouza. (Aber, Gary) (Entered: 06/28/2006) |
| 06/30/2006 | 28 | AFFIDAVIT of Service for Summons and Complaint served on Nino Rodrigues on June 26, 2006, filed by Stenio DeSouza. (Aber, Gary) (Entered: 06/30/2006) |
| 06/30/2006 | 29 | AFFIDAVIT of Service for Summons and Complaint served on U.S. Builders Associates, LLC on June 26, 2006, filed by Stenio DeSouza. (Aber, Gary) (Entered: 06/30/2006) |
| 06/30/2006 | 30 | AFFIDAVIT of Service for Summons and Complaint served on Jose Rodriguez on June 19, 2006, filed by Stenio DeSouza. (Aber, Gary) (Entered: 06/30/2006) |
| 06/30/2006 | 31 | AFFIDAVIT of Service for Summons and Complaint served on Jose Henrique reviera Rodrigues on June 19, 2006, filed by Stenio DeSouza. (Aber, Gary) (Entered: 06/30/2006) |
| 06/30/2006 | 32 | AFFIDAVIT of Service for Summons and Complaint served on Jose H. Rodrigues on June 19, 2006, filed by Stenio DeSouza. (Aber, Gary) (Entered: 06/30/2006) |
| 06/30/2006 | 33 | AFFIDAVIT of Service for Summons and Complaint served on J.N. Carpentry, Inc. on June 15, 2006, filed by Stenio DeSouza. (Aber, Gary) (Entered: 06/30/2006) |
| 08/10/2006 | 34 | MOTION for Pro Hac Vice Appearance of Attorney George T. McCool, Jr., Esq. - filed by J.N. Carpentry Inc.. (Attachments: # 1 Certificate of Compliance Certificate of Counsel# 2 Text of Proposed Order Proposed |

| | | |
|---|---|---|
| | | Order# (3) Certificate of Service)(Thompson, Eric) Additional attachment(s) added on 8/10/2006 (fmt, ). (Entered: 08/10/2006) |
| 08/10/2006 | | CORRECTING ENTRY: A Certificate of Service has been attached to D.I. 34 and the extra Certification of Counsel attached to D.I. 34 has been deleted. (fmt, ) (Entered: 08/10/2006) |
| 08/11/2006 | 35 | ORDER ReSetting Deadlines/Hearings Scheduling TeleConference set for 9/12/2006 09:30 AM before Honorable Sue L. Robinson. Signed by Judge Sue L. Robinson on 8/11/06. (rld, ) (Entered: 08/11/2006) |
| 08/21/2006 | | SO ORDERED, re 34 MOTION for Pro Hac Vice Appearance of Attorney George T. McCool, Jr., Esq. filed by J.N. Carpentry Inc . Signed by Judge Sue L. Robinson on 8/21/06. (rld, ) (Entered: 08/21/2006) |
| 08/28/2006 | 36 | STIPULATION to file Answer with Affirmavite Defenses to Plaintiff's Complaint by J.N. Carpentry Inc.. (Thompson, Eric) Additional attachment(s) added on 8/29/2006 (fmt, ). (Entered: 08/28/2006) |
| 08/28/2006 | 37 | ANSWER to Amended Complaint *with Affirmative Defenses and*, CROSSCLAIM against Pettinaro Defendants, Mid-Atlantic Realty, Queensbury Village, Inc., Architecture Plus, P.A. and Landmark Engineering, Inc. by J.N. Carpentry Inc..(Thompson, Eric) Additional attachment(s) added on 8/29/2006 (fmt, ). Modified on 8/29/2006 (fmt, ). (Entered: 08/28/2006) |
| 08/29/2006 | | CORRECTING ENTRY: The initial attachment to D.I. 36 had the incorrect civil action number on the stipulation. The initial attachment has been deleted and the proper one is now attached. A corrected cover page with the correct civil action number has been attached to D.I. 37. (fmt, ) (Entered: 08/29/2006) |
| 08/29/2006 | | CORRECTING ENTRY: The text of D.I. 37 has been corrected to reflect that there is a cross-claim against Pettinaro Defendants, Mid-Atlantic Realty, Queensbury Village, Inc., Architecture Plus, P.A., and Landmark Engineering, Inc., NOT against all defendants. The cross-defendant list on the face of the docket has been corrected as well. (fmt, ) Modified on 8/29/2006 (fmt, ). (Entered: 08/29/2006) |
| 08/29/2006 | | SO ORDERED, re 36 Stipulation filed by J.N. Carpentry Inc.,, Set/Reset Answer Deadlines: J.N. Carpentry Inc. answer due 8/25/2006. Signed by Judge Sue L. Robinson on 8/29/06. (rld, ) (Entered: 08/29/2006) |
| 09/12/2006 | 38 | PROPOSED ORDER Scheduling by Raquel DeSouza. (Aber, Gary) (Entered: 09/12/2006) |
| 09/12/2006 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Scheduling TeleConference held on 9/12/2006. Counsel to submit the final scheduling order. (Court Reporter n/a.) (rld, ) (Entered: 09/12/2006) |
| 10/12/2006 | 39 | MOTION to Dismiss for Lack of Jurisdiction Over the Person - filed by U.S. Construction. (Attachments: # 1 Affidavit Affdavit of Antoni Rodrigues# 2 CERTIFICATE OF SERVICE ON MOTION TO |

| | | DISMISS)(Martin, Jeffrey) (Entered: 10/12/2006) |
|---|---|---|
| 10/18/2006 | 40 | PROPOSED ORDER Scheduling Order by J.N. Carpentry Inc.. (Della Porta, Armand) (Entered: 10/18/2006) |
| 10/18/2006 | 41 | NOTICE OF SUBSTITUTION OF COUNSEL re J.N. Carpentry Inc.: Entry of appearance of attorney Armand J. Della Porta, Jr. Attorney Eric Thompson terminated. (Della Porta, Armand) (Entered: 10/18/2006) |
| 10/24/2006 | 42 | SCHEDULING ORDER: Case referred to the Magistrate Judge for the purpose of exploring ADR. Joinder of Parties due by 10/30/2006. Amended Pleadings due by 10/30/2006. Discovery due by 6/1/2007. Dispositive Motions due by 8/1/2007. Motions in Limine due by 9/25/2007. Responses to Motions in Limine due by 10/2/2007. Pretrial Conference set for 10/9/2007 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. Jury Trial set for 10/22/2007 09:30 AM in Courtroom 6B before Honorable Sue L. Robinson. Signed by Judge Sue L. Robinson on 10/24/06. (rld, ) (Entered: 10/24/2006) |
| 10/24/2006 | | CASE REFERRED to Mediation. (cab, ) (Entered: 10/24/2006) |
| 10/24/2006 | 43 | Order Setting Teleconference: Telephone Conference set for 1/3/2007 at 9:30 AM before Honorable Mary Pat Thynge to discuss ADR. Signed by Judge Mary Pat Thynge on 10/24/2006. (cab, ) (Entered: 10/24/2006) |
| 01/03/2007 | 44 | ORDER Setting Mediation Conferences: Telephone Conference set for 6/19/2007 09:30 AM before Honorable Mary Pat Thynge.,Mediation Conference set for 8/23/2007 10:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 1/3/2007. (cak) (Entered: 01/03/2007) |
| 02/07/2007 | 45 | MOTION to Compel *Answers to Interrogatories* - filed by Landmark Engineering Inc.. (Attachments: # 1 Interrogatories Directed to Plaintiff# 2 Letter to Counsel Dated 1-3-07# 3 Text of Proposed Order)(Ardizzi, Robert) (Entered: 02/07/2007) |
| 02/07/2007 | 46 | OPENING BRIEF in Support re 45 MOTION to Compel *Answers to Interrogatories* filed by Landmark Engineering Inc..Answering Brief/Response date per Local Rules is 2/26/2007. (Ardizzi, Robert) (Entered: 02/07/2007) |
| 02/07/2007 | 47 | STATEMENT re 45 MOTION to Compel *Answers to Interrogatories Compliance with Local Rule 7.1.1* by Landmark Engineering Inc.. (Ardizzi, Robert) (Entered: 02/07/2007) |
| 03/20/2007 | 48 | MOTION for Extension of Time to Complete Discovery - filed by Stenio DeSouza. (Aber, Gary) (Entered: 03/20/2007) |
| 03/20/2007 | 49 | NOTICE of Appearance by Brian J. Chapman on behalf of Queensbury Village Inc., Mid-Atlantic Realty (Attachments: # 1 Certificate of Service Document)(Chapman, Brian) (Entered: 03/20/2007) |
| 03/23/2007 | | SO ORDERED, re 48 MOTION for Extension of Time to Complete Discovery filed by Stenio DeSouza: Retained expert reports due 7/15/07; |

| | | |
|---|---|---|
| | | rebuttal expert reports due 8/15/07. Signed by Judge Sue L. Robinson on 3/22/07. (rld) (Entered: 03/23/2007) |
| 03/30/2007 | 50 | MOTION for Leave to File *A Third Party Complaint* - filed by J.N. Carpentry Inc.. (Attachments: # (1) Memorandum to file 3rd amended complaint# 2 Text of Proposed Order Proposed order# 3 Attachment to Motion (Exhibit A))(Della Porta, Armand) (Entered: 03/30/2007) |
| 03/30/2007 | 51 | OPENING BRIEF in Support re 50 MOTION for Leave to File *A Third Party Complaint* filed by J.N. Carpentry Inc..Answering Brief/Response due date per Local Rules is 4/19/2007. (fmt) (Entered: 04/02/2007) |
| 04/02/2007 | | CORRECTING ENTRY: The Memorandum of Law in Support of D.I. 50 has been deleted from D.I. 50 and docketed with the opening brief code as D.I. 51. See "Electronic Filing Tips for Attorneys" on the Court's website: MOTIONS, BRIEFS AND APPENDICES should be filed as three separate documents using three separate docket codes. (fmt) (Entered: 04/02/2007) |
| 04/09/2007 | 52 | NOTICE of Appearance by Herbert Weiswasser Mondros on behalf of U.S. Construction (Attachments: # 1 Certificate of Service for Entry of Appearance)(Mondros, Herbert) (Entered: 04/09/2007) |
| 04/09/2007 | 53 | NOTICE of Change of Address by Herbert Weiswasser Mondros (Attachments: # 1 Certificate of Service for Notice of Change of Firm Address)(Mondros, Herbert) (Entered: 04/09/2007) |
| 05/21/2007 | 54 | NOTICE OF SUBSTITUTION OF COUNSEL re Mid-Atlantic Realty: Entry of appearance of attorney David C. Malatesta, Jr. Attorney Brian J. Chapman terminated. (Malatesta, David) (Entered: 05/21/2007) |
| 05/21/2007 | 55 | NOTICE OF SUBSTITUTION OF COUNSEL re Queensbury Village Inc.: Entry of appearance of attorney David C. Malatesta, Jr. Attorney Brian J. Chapman terminated. (Malatesta, David) (Entered: 05/21/2007) |
| 05/21/2007 | | CORRECTING ENTRY re D.I. Nos. 54 and 55. Since the pdf attachments to D.I. Nos. 54 and 55 are the same, the notice of subtitution of counsel could have been filed only once with counsel holding down the 'control' button to add David C. Malatesta, Jr. for both Mid-Atlantic Realty and Queensbury Village Inc. In the future, the same document should only be filed one time. Also, the attorney information screen in this case for David C. Malatesta, Jr has been updated. When the notice of substitution of counsel was docketed, the attorney profile was set to 'Notice - no'. Notice should be set to 'yes' so that counsel receives notices of electronic filing. (fmt) (Entered: 05/21/2007) |
| 06/05/2007 | 56 | MOTION to Compel *Plaintiffs to Respond to Outstanding Written Discovery* - filed by J.N. Carpentry Inc.. (Attachments: # 1 RULE 7.1.1# 2 Text of Proposed Order)(Thompson, Eric) (Entered: 06/05/2007) |
| 06/08/2007 | 57 | Order Setting Teleconference: Telephone Conference set for 6/19/2007 at 9:30 AM has been rescheduled to 8/7/2007 at 2:00 PM before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 6/8/2007. (cak) |

| | | |
|---|---|---|
| | | (Entered: 06/08/2007) |
| 06/08/2007 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Telephone Conference held on 6/8/2007 re pending motions. (Court Reporter V. Gunning.) (rld) (Entered: 06/11/2007) |
| 06/12/2007 | 58 | ORDER granting 39 Motion to Dismiss ; denying as moot 45 Motion to Compel; granting 50 Motion for Leave to File; denying as moot 56 Motion to Compel. Scheduling order (D.I. 42) is stayed pending the anticipated joinder of additional parties and entry of a new scheduling order. Signed by Judge Sue L. Robinson on 6/12/07. (rld) (Entered: 06/12/2007) |
| 06/25/2007 | 59 | ANSWER to Crossclaim by J.N. Carpentry Inc..(Della Porta, Armand) Modified on 7/2/2007 (fmt, ). (Entered: 06/25/2007) |
| 07/02/2007 | | CORRECTING ENTRY: The CROSSCLAIM against Landmark Engineering Inc that was docketed as part of the entry of D.I. 59 has been deleted from the docket. The document should have been docketed as only an Answer to the Crossclaim of Defendant Landmark Engineering, Inc. (fmt) (Entered: 07/02/2007) |
| 08/07/2007 | 60 | Order Setting Teleconference: The mediation scheduled for 8/23/2007 at 10:00 AM is canceled. A Telephone Conference has been set for 10/16/2007 at 9:00 AM before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 8/7/2007. (cak) (Entered: 08/07/2007) |
| 10/16/2007 | 61 | ORDER As a result of the teleconference of 10/16/2007, George T. McCool, Esquire shall advise the Magistrate Judge when he advises Judge Robinson of the need for a scheduling conference. Signed by Judge Mary Pat Thynge on 10/16/2007. (cak) (Entered: 10/16/2007) |
| 11/21/2007 | 62 | First STIPULATION To Join the Joinder Complaint by J.N. Carpentry Inc.. (Della Porta, Armand) Additional attachment(s) added on 11/27/2007 (fmt, ). (Entered: 11/21/2007) |
| 11/27/2007 | | CORRECTING ENTRY: The initial stipulation attached to D.I. 62 has been deleted and replaced with a corrected stipulation with the original signature of local counsel for J.N. Carpentry, Inc. (fmt) (Entered: 11/27/2007) |
| 11/27/2007 | 63 | STIPULATION of Dismissal of Plaintiff's Claims as to Defendant Landmark Without Prejudice by Landmark Engineering Inc.. (Ardizzi, Robert) (Entered: 11/27/2007) |
| 11/29/2007 | | SO ORDERED - granting 63 Stipulation of Dismissal regarding Landmark Engineering Inc. - Landmark Engineering Inc. terminated. Signed by Judge Sue L. Robinson on 11/29/07. (rwc) (Entered: 11/29/2007) |
| 11/29/2007 | | SO ORDERED re 62 Stipulation filed by J.N. Carpentry Inc. Deft. J.N. Carpentry, Inc. may join Segoes Carpentry, Inc. and Layne Thomas Builders, Inc., as Third Party Defts in the matter. Deft. J.N. Carpentry, Inc. is permitted to file the Joinder Complaint against those parties within |

|  |  | twenty (20) days. Signed by Judge Sue L. Robinson on 11/29/2007. (fmt) (Entered: 11/29/2007) |

| PACER Service Center | | |
| **Transaction Receipt** | | |
| 12/13/2007 09:25:56 | | |
| **PACER Login:** | wo0043 | **Client Code:** | 06054 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00787-SLR Start date: 1/1/1970 End date: 12/13/2007 |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |