%AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Delaware

PLAINTIFF

    STENIO AND RAQUEL DESOUZA

V. DEFENDANT AND THIRD PARTY PLAINTIFF

    J.N. CARPENTRY, INC., ET AL

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 05-787 SLR

V. THIRD PARTY DEFENDANT

    SEGOES CARPENTRY, INC., and
    LAYNE THOMAS BUILDERS, INC.,

To: Name and address of Third Party Defendant

    Segoes Carpentry, Inc.
    106 Grant Street
    Riverside, New Jersey  08074

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Gary W. Aber, Esq.<br>Aber Goldlust Baker & Over<br>First Federal Plaza<br>Suite 600<br>Wilmington, DE  19899 | Armand J. Della Porta, Jr., Esq.<br>Marshall Dennehey Warner Coleman & Goggin<br>1220 N. Market Street<br>Wilmington, DE  19899 |

an answer to the third-party complaint which is served on you with this summons, within __20__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          DEC 1 9 2007

CLERK      /s/ *signature*             DATE

(By) DEPUTY CLERK

%AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

· AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 12/27/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: SEGOES CARPENTRY, INC. C/O THE DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHARENEAU

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/27/07
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.