IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA, ) | |
| ) | C.A. No. 1:05-cv-00787-SLR |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| J. N. CARPENTRY, INC., et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| SEGOES CARPENTRY, INC., and LAYNE ) | |
| THOMAS BUILDERS, INC., ) | |
| ) | |
| Third Party Defendants. ) | |

### ENTRY OF APPEARANCE

On behalf of the Third Party Defendant, Layne Thomas Builders please enter the appearance of

> Michael I. Silverman, Esquire
> Brian E. Lutness, Esquire
> Silverman McDonald & Friedman
> 1010 N. Bancroft Parkway
> Suite #22
> Wilmington, Delaware 19805

The defendant reserve the right to answer, move or otherwise plead, including the right to aver lack of jurisdiction and/or improper service of process.

/S/ Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE(#3034)
BRIAN E. LUTNESS, ESQUIRE (#3572)
SILVERMAN MCDONALD & FRIEDMAN
1010 North Bancroft Parkway-Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Third Party Defendant Layne Thomas Builders