IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA,  )  <br> ) <br> Plaintiffs,  ) <br> ) <br> v.  ) <br> ) <br> J. N. CARPENTRY, INC., et al.,  ) <br> ) <br> ) <br> Defendants,  ) <br> ) <br> v.  ) <br> ) <br> SEGOES CARPENTRY, INC., and LAYNE  ) <br> THOMAS BUILDERS, INC.,  ) <br> ) <br> Third Party Defendants.  ) | C.A. No. 1:05-cv-00787-SLR |

CERTIFICATE OF SERVICE

I hereby certify that two copies of Michael I. Silverman and Brian E. Lutness' Entry of Appearance on behalf of Third-Party Defendant Layne Thomas Builders, Inc., was served via electronic filing on 4th day of April, 2008 to :

Gary W. Aber, Esquire
Aber Goldlust Baker & Over
First Federal Plaza, Suite 600
PO Box 1675
Wilmington, DE 19899
**Counsel for Plaintiffs**

Arthur Bugay, Esquire
Galfand Berger, LLP
1818 Market Street, Suite 1818
Philadelphia, PA 19103
**Counsel for Plaintiffs**

Norman H. Brooks, Esquire
Marks O'Neil O'Brien & Courtney, PC
913 North Market Street, Suite 800
Wilmington, DE 19801

**Counsel for Defendants Pettinaro Construction Co., Inc., Pettinaro & Associates, Inc., Pettinaro Enterprises, Pettinaro Enterprises LLC and Pettinaro Relocation LLC**

Paul Cottrell, Esquire
Tighe Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
PO Box 1031
Wilmington, DE 19899
**Counsel for Landmark Engineering, Inc.**

Robert Daniel Ardizzi, Esquire
Davis, Bucco, & Ardizzi
2 North Colonial Avenue
Elsmere, DE 19805
**Counsel for Landmark Engineering, Inc.**

George T. McCool, Jr.
Wright & O'Donnell, P.C.
15 East Ridge Pike, Suite 570
Conshohocken, PA 19428
**Counsel for J. N. Carpentry, Inc.**

Armand J. Della Porta, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street, 5th Floor
PO Box 8888
Wilmington, DE 19899
**Counsel for J. N. Carpentry, Inc.**

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
**Counsel for U.S. Construction, Inc., a/k/a U.S. Construction a/k/a U.S. Construction LLC**

Brian J. Chapman, Esquire
Kent & McBride, P.C.
1105 Market Street, Suite 500
Wilmington, DE 19801
**Counsel for Mid-Atlantic Realty and Queensbury Village**

/S/: Michael I. Silverman, Esquire
MICHAEL I. SILVERMAN(#3034)
BRIAN E. LUTNESS, ESQUIRE (#3572)
SILVERMAN, MCDONALD, & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorneys for Third-Party Defendant Layne Thomas Builders

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA, ) | |
| ) | C.A. No. 1:05-cv-00787-SLR |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| J. N. CARPENTRY, INC., et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| SEGOES CARPENTRY, INC., and LAYNE ) | |
| THOMAS BUILDERS, INC., ) | |
| ) | |
| Third Party Defendants. ) | |

**ENTRY OF APPEARANCE**

On behalf of the Third Party Defendant, Layne Thomas Builders please enter the appearance of

        Michael I. Silverman, Esquire
        Brian E. Lutness, Esquire
        Silverman McDonald & Friedman
        1010 N. Bancroft Parkway
        Suite #22
        Wilmington, Delaware 19805

The defendant reserve the right to answer, move or otherwise plead, including the right to aver lack of jurisdiction and/or improper service of process.

        /S/ Michael I. Silverman
        MICHAEL I. SILVERMAN, ESQUIRE(#3034)
        BRIAN E. LUTNESS, ESQUIRE (#3572)
        SILVERMAN MCDONALD & FRIEDMAN
        1010 North Bancroft Parkway-Suite 22
        Wilmington, DE 19805
        (302) 888-2900
        Attorneys for Third Party Defendant Layne Thomas Builders