UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA,<br>    Plaintiffs,<br><br>v.<br><br>J.N. CARPENTRY, INC., et al.,<br>    Defendant,<br><br>v.<br><br>SEGOES CARPENTRY, INC., and LAYNE<br>THOMAS BUILDERS, INC.,<br>    Third Party Defendants. | )<br>)  C.A. No. 05-787 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as counsel for U.S. Construction, Inc., a/k/a U.S Construction a/k/a U.S. Construction LLC. These Defendants are being represented by Herbert Weiswasser Mondross of Margolis Edelstein.

                              MARTIN & WILSON, P.A.

                              /s/ Jeffrey K. Martin  #2407
                              JEFFREY K. MARTIN
                              I.D. No. 2407
                              1508 Pennsylvania Avenue
                              Wilmington, DE 19806
                              (302) 777-4681