UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA,<br>    Plaintiffs, | )<br>)  C.A. No. 05-787 SLR<br>) |
| v. | )<br>) |
| J.N. CARPENTRY, INC., et al.,<br>    Defendant, | )<br>)<br>) |
| v. | )<br>) |
| SEGOES CARPENTRY, INC., and LAYNE<br>THOMAS BUILDERS, INC.,<br>    Third Party Defendants. | )<br>)<br>) |

**CERTIFICATE OF SERVICE**

    I, Jeffrey K. Martin, hereby certify that I caused a true and correct copy of the foregoing *Withdrawal of Appearance* to be served via electronic filing to the following:

Gary W. Aber, Esq.
Aber Goldlust Baker & Over
First Federal Plaza, Ste. 600
P.O. Box 1675
Wilmington, DE 19899
Attorney for Plaintiffs

Arthur Bugay, Esq.
Galfand Berger, LLP
1818 Market Street, Ste. 1818
Philadelphia, PA 19103
Attorney for Plaintiffs

Norman H. Brooks, Esq.
Marks O'Neil O'Brien & Courtney, P.C.
913 N. Market Street, Ste. 800
Wilmington, DE 19801
Attorney for Defendants Pettinaro
Construction Co., Inc., Pettinaro & Associates,
Inc., Pettinaro Enterprises, Pettinaro
Enterprises LLC and Pettinaro Relocation LLC

Paul Cottrell, Esq.
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Ste. 500
P.O. Box 1031
Wilmington, DE 19899
Attorney for Landmark Engineering, Inc.

Robert Daniel Ardizzi, Esq.
Davis, Bucco & Ardizzi
2 N. Colonial Avenue
Elsmere, DE 19805
Attorney for Landmark Engineering, Inc.

George T. McCool, Jr., Esq.
Wright & O'Donnell, P.C.
15 East Ridge Pk., Ste. 570
Conshohocken, P.A. 19428
Attorney for J.N. Carpentry, Inc.

| | |
|---|---|
| Armand J. Della Porta, Esquire<br>Marshall Dennehey Warner Coleman & Goggin<br>1220 N. Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899<br>Attorney for J.N. Carpentry, Inc. | Herbert Weiswasser Mondros, Esq.<br>Margolis Edelstein<br>750 S. Madison Street, Ste. 102<br>Wilmington, DE 19801<br>Attorney for U.S. Construction, Inc., a/k/a U.S. Construction a/k/a U.S. Construction LLC |
| Brian J. Chapman, Esq.<br>Kent & McBride, P.C.<br>1105 Market Street, Ste. 500<br>Wilmington, DE 19801<br>Attorney for Mid-Atlantic Realty and Queensbury Village | Michael I. Silverman, Esq.<br>Silverman, McDonald & Friedman<br>1010 N. Bancroft Pkwy., Ste. 22<br>Wilmington, DE 19805<br>Attorneys for Layne Thomas Builders |

MARTIN & WILSON, P.A.

/s/ Jeffrey K. Martin #2407
JEFFREY K. MARTIN
I.D. No. 2407
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681