IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO and RAQUEL DESOUZA, | ) |
| | ) C.A. No. 1:05-cv-00787-SLR |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| J. N. CARPENTRY, INC., et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| v. | ) |
| | ) |
| SEGOES CARPENTRY, INC., and LAYNE THOMAS BUILDERS, INC., | ) |
| | ) |
| Third Party Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that two copies of Third-Party Defendant Layne Thomas Builders, Inc.'s Answer to the Third-Party Complaint with Cross-Claims, was served via electronic filing on 15th day of April, 2008 to:

Gary W. Aber, Esquire
Aber Goldlust Baker & Over
First Federal Plaza, Suite 600
PO Box 1675
Wilmington, DE 19899
**Counsel for Plaintiffs**

Arthur Bugay, Esquire
Galfand Berger, LLP
1818 Market Street, Suite 1818
Philadelphia, PA 19103
**Counsel for Plaintiffs**

Norman H. Brooks, Esquire
Marks O'Neil O'Brien & Courtney, PC
913 North Market Street, Suite 800
Wilmington, DE 19801

**Counsel for Defendants Pettinaro Construction Co., Inc.,
Pettinaro & Associates, Inc., Pettinaro Enterprises,
Pettinaro Enterprises LLC and Pettinaro Relocation LLC**

Paul Cottrell, Esquire
Tighe Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
PO Box 1031
Wilmington, DE 19899
**Counsel for Landmark Engineering, Inc.**

Robert Daniel Ardizzi, Esquire
Davis, Bucco, & Ardizzi
2 North Colonial Avenue
Elsmere, DE 19805
**Counsel for Landmark Engineering, Inc.**

George T. McCool, Jr.
Wright & O'Donnell, P.C.
15 East Ridge Pike, Suite 570
Conshohocken, PA 19428
**Counsel for J. N. Carpentry, Inc.**

Armand J. Della Porta, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street, 5th Floor
PO Box 8888
Wilmington, DE 19899
**Counsel for J. N. Carpentry, Inc.**

, Esquire
Mentzer Sarowitz, Zeres, Ledva, & Meyers
1220 Market Street, Suite 30
Wilmington, DE 19801
**Counsel for U.S. Construction, Inc., a/k/a
U.S. Construction a/k/a U.S. Construction LLC**

Brian J. Chapman, Esquire
Kent & McBride, P.C.
1105 Market Street, Suite 500
Wilmington, DE 19801
**Counsel for Mid-Atlantic Realty and
Queensbury Village**

/S/: Michael I. Silverman, Esquire
MICHAEL I. SILVERMAN(#3034)
BRIAN E. LUTNESS, ESQUIRE (#3572)
SILVERMAN, MCDONALD, & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorneys for Third-Party Defendant Layne Thomas Builders