# WRIGHT & O'DONNELL

*A Professional Corporation*
*www.wright-odonnell.com*

| | |
|---|---|
| *Pennsylvania Office:* | *New Jersey Office:* |
| *15 E. Ridge Pike, Suite 570* | *33 Wood Avenue South, Suite 600* |
| *Conshohocken, PA 19428* | *Iselin, NJ 08830* |
| *Tel: 610-940-4092* | *Tel: 732-452-9150* |
| *Fax: 610-940-4001* | *Fax: 732-452-9151* |

April 15, 2008

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 North King Street
Room 6124, Lockbox 31
Wilmington, DE 19801

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 North King Street
Room 6100, Lockbox 8
Wilmington, DE 19801

    **Re:** **Stenio DeSouza and Raquel DeSouza v. Pettinaro Construction Co., Inc., et al.**
         **U.S.D.C., D. Del., Civil Action No. 05-787**
         **Our File No.: 06054**

Dear Judges Robinson and Thynge:

    As requested by the Court, please accept this correspondence as a confirmation that both Layne Thomas Builders, Inc., and Segoes Carpentry, Inc., have been joined in the matter. Layne Thomas Builders, Inc., was served on December 28, 2007. Defendant Segoes Carpentry, Inc., was served on December 27, 2007, through the State of Delaware, Department of State, Corporations Bureau; however, the follow up mail service has not yet been completed. We are investigating alternative service methods.

    Michael I. Silverman, Esquire, at Silverman, McDonald and Freedman, 1010 North Bancroft Parkway, Suite 22, Wilmington, DE 19805, has, or will be entering his appearance on behalf of Layne Thomas Builders, Inc., in this matter. We have not yet been contacted by counsel on behalf of Segoes Carpentry, Inc.

    As the Court will recall, this matter had been placed on suspended status on both Judges trial/settlement schedules, as a result of the joinder of the new parties. We will keep the Court informed of any further contact from counsel on behalf of the new parties. Additionally, at this time we request that the matter be removed from

The Honorable Sue L. Robinson
The Honorable Mary Pat Thynge
April 15, 2008
Page 2

    suspended status, and a scheduling conference be relisted.

    If the Court has any questions, please feel free to contact us.

    Respectfully submitted,

    WRIGHT & O'DONNELL, P.C.


BY:/s/ George T. McCool, Jr.
    George T. McCool, Jr.


MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


BY: /s/ Armand J. Della Porta, Jr.

cc:    All counsel

15/606825.v1