IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STENIO DESOUZA and RAQUEL DESOUZA, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 05-787-SLR<br>) |
| PETTINARO CONSTRUCTION CO., INC., et al., | )<br>)<br>) |
| Defendants. | ) |

**ORDER**

At Wilmington this 17th day of April, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Friday, May 9, 2008**, at 8:30 a.m. Counsel for J.N. Carpentry, Inc. shall coordinate and initiate this call.

_____
United States District Judge