IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| | : | |
|---|---|---|
| **STENIO** and **RAQUEL DESOUZA**, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 05-787-SLR |
| **J.N. CARPENTRY, INC.**, et al., | : | |
| | : | |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| **SEGOES CARPENTRY, INC.** and **LAYNE THOMAS BUILDERS, INC.**, | : | |
| | : | |
| Third-Party Defendants. | : | |
| | : | |

_____

### REPLY OF DEFENDANT/THIRD-PARTY PLAINTIFF, J.N. CARPENTRY, INC., DIRECTED TO THIRD-PARTY DEFENDANT, LAYNE THOMAS BUILDERS, INC.' CROSSCLAIM

Defendant/Third Party Plaintiff, J.N. Carpentry, Inc., by and through its attorneys, Wright & O'Donnell, P.C., files a Reply to the Crossclaim of Third-Party Defendant, Layne Thomas Builders, Inc., and states:

1. Denied. It is specifically denied that this responding Defendant is liable to the Third-Party Defendant, or any other party, by way of contribution and/or indemnification as alleged in this Paragraph of Third-Party Defendants' Crossclaim. Strict proof of these allegations is demanded at time of trial.

WHEREFORE, this responding Defendant, J.N. Carpentry, Inc., denies that it is liable to the Third-Party Defendant, or any other party, by way of contribution and/or indemnification, and demands judgment in its favor, together with all recoverable fees, costs, and expenses.

Respectfully submitted,

WRIGHT & O'DONNELL, P.C.

**/s/ *George T. McCool, Jr.*        **
George T. McCool, Jr.
Admitted Pro Hac Vice
15 East Ridge Pike, Suit 570
Conshohocken, PA 19428
Telephone: (610) 940-4092
E-mail: gmccool@wright-odonnell.com


MARSHALL, DENNEHEY, WARNER,
   COLEMAN & GOGGIN

**/s/ *Armand J. Della Porta*        **
Armand J. Della Porta, Esquire
Delaware ID No. 2861
Eric S. Thompson, Esquire
Delaware ID No. 4633
1220 North Market Street
Post Office Box 8888
Wilmington, DE 19899
Telephone: (302) 552-4323
E-mail: ajdellaporta@mdwcg.com

Attorneys for Defendant/Third-Party
Plaintiff, J.N. Carpentry, Inc.

Dated:     April 29, 2008

**CERTIFICATE OF SERVICE**

I, George T. McCool, Jr., hereby certify that a true and correct copy of the foregoing Response to the Crossclaim of Third-Party Defendant was served on this 29th day of April, 2008, upon the below listed counsel of record *via* electronic filing and/or regular mail:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P.O. Box 1675
Wilmington, DE 19899
*Counsel for Plaintiffs*

Arthur Bugay, Esquire
Galfand Berger, LLP
1818 Market Street, Suite 1818
Philadelphia, PA 19103
*Counsel for Plaintiffs*

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
*Counsel for Defendants Pettinaro Construction Co., Inc.,
Pettinaro & Associates, Inc., Pettinaro Enterprises,
Pettinaro Enterprises LLC and Pettinaro Relocation LLC*

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
*Counsel for Landmark Engineering, Inc.*

Robert Daniel Ardizzi, Esquire
Davis, Bucco & Ardizzi
901 Market Street, Suite 700
Wilmington, DE 19801-3098
*Counsel for Landmark Engineering, Inc.*

Armand J. Della Porta, Jr.
Eric S. Thompson, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street
P.O. Box 8888
Wilmington, DE 19899
*Local Counsel for J.N. Carpentry, Inc.*

Jeffrey K. Martin
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
*Counsel for U.S. Construction Inc. a/k/a U.S. Construction a/k/a U.S. Construction LLC*

Brian J. Chapman, Esquire
Kent & McBride, P.C.
1105 Market Street, Suite 500
Wilmington, DE 19801
*Counsel for Mid-Atlantic Realty and Queensbury Village*

Michael Silverman, Esquire
Silverman, McDonald & Friedman
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
*Counsel for Layne Thomas Builders, Inc.*

Segoes Carpentry, Inc.
528 Bulington Avenue, 1st Floor
Delanco, New Jersey 08075

                                                WRIGHT & O'DONNELL, P.C.

                                                */s/ George T. McCool, Jr.*
                                                George T. McCool, Jr.
                                                Admitted Pro Hac Vice
                                                15 East Ridge Pike, Suit 570
                                                Conshohocken, PA 19428
                                                Telephone: (610) 940-4092
                                                E-mail: gmccool@wright-odonnell.com

                    MARSHALL, DENNEHEY, WARNER,
                        COLEMAN & GOGGIN

***/s/ Armand J. Della Porta***
Armand J. Della Porta, Esquire
Delaware ID No. 2861
Eric S. Thompson, Esquire
Delaware ID No. 4633
1220 North Market Street
Post Office Box 8888
Wilmington, DE 19899
Telephone: (302) 552-4323
E-mail: ajdellaporta@mdwcg.com

Attorneys for Defendant/Third-Party Plaintiff, J.N. Carpentry, Inc.

Dated:    April 29, 2008