## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **STENIO** and **RAQUEL DESOUZA,** | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 05-7878 |
| **J.N. CARPENTRY, INC.,** et. al., | : | |
| | : | |
| Defendants | : | JURY TRIAL DEMANDED |

### Plaintiffs' Motion for Enlargement of Time

Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, Plaintiff requests an

Enlargement of Time due to the following circumstances:

1.      Plaintiffs' counsel's mother passed away today, August 8, 2008,  after a

prolonged illness.  Plaintiffs' counsel is the family member responsible for the arrangements

after his mother's death such as legal matters and funeral arrangements.  This is the  reason for

the requested enlargement of time in regard to this above captioned matter.


2.      On November 28, 2006, Plaintiffs' counsel's mother was hospitalized and had

remained so to date, albeit prior to death in hospice care.  Her hospitalization commenced at

Pennsylvania Hospital in Philadelphia until transfer to Abington Memorial Hospital on

December 9, 2006 where she remained as an inpatient until Monday, January 8, 2007.  On

January 8, 2007, she was transferred to a skilled nursing facility.  Before her hospitalization, she

lived independently with her husband.  Her hospitalization and subsequent death were related to

kidney failure and multiple heart attacks.  Plaintiffs' counsel has received a prior extension.

3.      On January 8, 2007, Plaintiffs' Counsel's mother, an amputee, was transferred to a skilled nursing facility.  Plaintiffs' Counsel was involved with assisting his father, age 86, in making arrangements and decisions regarding her care up until her death and now after.

4.      As a result of this personal matter, Plaintiffs' counsel has needed to adjust his practice, which he has done by obtaining Court extensions in several matters.  He received two extensions from the Pennsylvania Supreme Court.  One of the extensions was granted nunc pro tunc.  He also received other extensions from the Pennsylvania Commonwealth Court and the Lackawanna Court of Common Pleas.  Notwithstanding same, he has proceeded on two civil matters, a products liability case, and a premises liability (amusement park ride) matter, in Philadelphia Common Pleas and in Federal Court for the Eastern District of Pennsylvania.  The Federal matter was scheduled for trial March 5, 2007 and the Philadelphia state court matter was scheduled for trial on March 16, 2007.  These matters have since resolved.

5.      Due to these unforeseen circumstances, Plaintiffs' counsel respectfully requests that the Court extend all deadlines, discovery, experts and mediation for 45 days.  Exhibit "A" is the current order.

6.      The current mediation conference is scheduled for August 28, 2008 at 10 am. Plaintiffs' counsel request this conference be extended by 45 days to October 14, 2008.   The mediation statements are due August 14, 2008.  Plaintiffs' counsel requests the mediation statements deadline to be extended 45 days to September 30, 2008.

Respectfully submitted,


BY:        /s/ Gary W. Aber
            GARY W. ABER (DSB #754)
            Aber, Goldlust, Baker & Over
            702 King Street, Suite 600
            PO Box 1675
            Wilmington, De 19899
            (302) 472-4900
            Attorney for Plaintiffs


            Of  Counsel


            ARTHUR L. BUGAY, ESQUIRE
            Counsel for Appellants
            Identification No.: 62251
            1818 Market Street, Suite 2300
            Philadelphia, PA 19103
            (215) 665-1600
            Counsel for Plaintiffs

DATED: August 11, 2008

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was served by

first-class mail, postage pre-paid, on this 11the day of August 2008, to the following:

Brian J. Chapman, Esquire
Kent & McBride
1105 Market Street, 5th Fl.
Wilmington, DE  19801

Paul Cottrell, Esquire
702 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899

George McCool, Esquire
Wright & O'Donnell
15 E. Ridge Pike
Suite 570
Conshohocken, PA 19428

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, Suite 800
Wilmington, DE 19801


                                               /s/ Gary W. Aber
                                Melissa A. Chionchio
                                Secretary to Gary W. Aber, Esquire