IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Stenio DeSouza and Raquel DeSouza, | : |
| Plaintiffs, | : |
| v. | : Civ. No. 05-787-SLR |
| Pettinaro Construction Co Inc., et al., | : |
| Defendants. | : |

## AMENDED ORDER

At Wilmington this **12th** day of **August, 2008**:

IT IS ORDERED that the mediation conference scheduled for **August 28th, 2008 at 10:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **October 28th, 2008 at 10:00 am**.

IT IS FURTHER ORDERED that the order issued on June 17th, 2008 shall continue to govern the mediation conference and the statements are now due on or before **October 14th, 2008.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE